AO 440 (Rev. 8/01) | WVND (02/07) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

### AT WHEELING

Progressive Minerals LLC,

           Plaintiff,

V.

Muhammad Haroon Rashid, Gerald D. Hendrix, David M. Bernstein, John Douglas Reynolds, John C. Crosbie, and Jude O'Nurkera,

           Defendants.

**SUMMONS IN A CIVIL CASE**
CIVIL ACTION NO. 5:07-CV-108

TO [Name and address of defendant]:
John Reynolds
Lang Michener LLP
1500 Royal Centre
1055 West Georgian Street
Vancouver, British Columbia
V6E 4N7

YOU ARE HEREBY SUMMONED and required to serve on [Name and address of Attorney(s) for Plaintiff(s)]:

Mark A. Carter, Esq.
Dinsmore & Shohl, LLP
900 Lee Street
Huntington Square, #600
Charleston, WV  25301

an answer to the complaint which is served on you with this summons, within 20 days of service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Wally Edgell, Ph.D., CLERK OF COURT

BY: _____
      DEPUTY CLERK

DATE: 8/24/07