IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA



U.S. DISTRICT COURT
FILED AT WHEELING, WV
AUG 3 0 2007
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

| | | |
|---|---|---|
| PROGRESSIVE MINERALS LLC., | § § § | |
| Plaintiff, | § § | |
| V. | § § § | |
| MUHAMMAD HAROON RASHID, GERALD D. HENDRIX, DAVID M. BERNSTEIN, JOHN DOUGLAS REYNOLDS, JOHN C. CROSBIE, and JUDE O'NURKERA, | § § § § § § | CASE NO. 5:07-CV-108 |
| Defendants. | | |

ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of David W. Parham, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of PROGRESSIVE MINERALS LLC.

ENTER: August 30, 2007

Frederick P Stamp
United States District Judge