IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT FILED AT WHEELING, WV AUG 3 0 2007 NORTHERN DISTRICT OF WV OFFICE OF THE CLERK

| | |
|---|---|
| PROGRESSIVE MINERALS LLC., § § Plaintiff, § § V. § § MUHAMMAD HAROON RASHID, § GERALD D. HENDRIX, DAVID M. § BERNSTEIN, JOHN DOUGLAS § REYNOLDS, JOHN C. CROSBIE, and § JUDE O'NURKERA, § § Defendants. | CASE NO. 5:07-CV-108 |

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of David W. Parham, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of PROGRESSIVE MINERALS LLC.

ENTER: August 30, 2007

_____
United States District Judge

DALDMS/617771.1