IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT FILED AT WHEELING, WV   AUG 3 0 2007   NORTHERN DISTRICT OF WV OFFICE OF THE CLERK

| | |
|---|---|
| PROGRESSIVE MINERALS LLC., | § |
| | § |
| Plaintiff, | § |
| | § |
| V. | § |
| | § |
| MUHAMMAD HAROON RASHID, | §    CASE NO. 5:07-CV-108 |
| GERALD D. HENDRIX, DAVID M. | § |
| BERNSTEIN, JOHN DOUGLAS | § |
| REYNOLDS, JOHN C. CROSBIE, and | § |
| JUDE O'NURKERA, | § |
| | § |
| Defendants. | |

ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Elliot D. Schuler, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of PROGRESSIVE MINERALS LLC.

ENTER: August 30, 2007

_____
United States District Judge

DALDMS/617769.1