**ORIGINAL FOR RETURN**

AO 440 (Rev. 8/01) | WVND (02/07) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF WEST VIRGINIA

AT WHEELING

Progressive Minerals LLC,

               Plaintiff,

V.

Muhammad Haroon Rashid, Gerald D. Hendrix, David M. Bernstein, John Douglas Reynolds, John C. Crosbie, and Jude O'Nurkera,

               Defendants.

**SUMMONS IN A CIVIL CASE**

CIVIL ACTION NO. 5:07-CV-108

TO [Name and address of defendant]:
John C. Crosbie
Cox & Palmer
Scotia Centre, Suite 1000
235 Water Street
St. John's, Newfoundland
A1C 1B6

**YOU ARE HEREBY SUMMONED** and required to serve on [Name and address of Attorney(s) for Plaintiff(s)]:

Mark A. Carter, Esq.
Dinsmore & Shohl, LLP
900 Lee Street
Huntington Square, #600
Charleston, WV  25301

an answer to the complaint which is served on you with this summons, within 20 days of service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

Wally Edgell, Ph.D., CLERK OF COURT        DATE: 8/24/07

BY: _____
      DEPUTY CLERK

AO 440 (Rev. 8/01) | SDWV/CIV-004 (4/05)  Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me[1] | DATE Aug. 30/07 | |
| NAME OF SERVER (PRINT) Garland G. Morris | TITLE Security Officer | |

Check one box below to indicate appropriate method of service

☑ Served personally upon the defendant. Place where served: Scotia Centre, Suite 1000 235 Water St. St. John's, NL  A1C 1B6

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☐ Other (specify):

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES $75.00 + HST | TOTAL $85.50 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  Aug. 30/07        Garland G. Morris
                Date                Signature of Server

93 Foxtrap Access Rd.
C.B.S.  NL.  A1X-6N7
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.