IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING DIVISION

PROGRESSIVE MINERALS, LLC,

    Plaintiff,

V.

MUHAMMAD HAROON RASHID,
GERALD D. HENDRIX, DAVID M.
BERNSTEIN, JOHN DOUGLAS
REYNOLDS, JOHN C. CROSBIE, and
JUDE O'NURKERA,

CASE NO. 5: 07-CV-108

    Defendants.

## STIPULATION

Pursuant to Local Rule of Civil Procedure 12.01, the plaintiff and Defendants David M. Bernstein, John Douglas Reynolds, and John C. Crosbie hereby stipulate to extend the time in which defendants have to appear, answer, move and/or otherwise respond to the Complaint to the full extent allowable by the Federal Rules of Civil Procedure up to and including October 31, 2007.

Stipulated to this 19th day of September, 2007.

Stipulated by:

_____
Denise Klug, Esquire
State Bar No. of West Virginia 6620
Counsel for Plaintiff, Progressive Minerals, LLC

_____
Jeffrey A. Grove, Esquire
State Bar No. of West Virginia 6065
Counsel for Defendants, David M. Bernstein
John Douglas Reynolds, and John C. Crosbie