IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF
WEST VIRGINIA
at Wheeling

PROGRESSIVE MINERALS, LLC,

    Plaintiff,

v.     Case No. 5:07-CV-108

MUHAMMAD HAROON RASHID,
GERALD D. HENDRIX, DAVID M.
BERNSTEIN, JOHN DOUGLAS
REYNOLDS, JOHN C. CROSBIE and
JUDE O'NURKERA,

    Defendants.

## STIPULATION

Pursuant to Local Rule of Civil Procedure 12.01, Plaintiff and Defendants David M. Bernstein, John Douglas Reynolds and John C. Crosbie hereby stipulate and agree that such Defendants shall have up to and including the 14th day of November, 2007, to answer or otherwise respond to the Complaint to the full extent contemplated by the Federal Rules of Civil Procedure.

Dated this 31st day of October, 2007.

_____
Denise D. Klug, Esq., (W. Va. Bar No. 6620)
Counsel for Plaintiff

_____
Patrick S. Casey, Esq. (W. Va. Bar No. 668)
Counsel for Defendants David M. Bernstein,
John Douglas Reynolds and John C. Crosbie