IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN
DISTRICT OF WEST VIRGINIA
at Wheeling

PROGRESSIVE MINERALS, LLC,

    Plaintiff,

v.                                           Case No. 5:07-CV-108

MUHAMMAD HAROON RASHID,
GERALD D. HENDRIX, DAVID M.
BERNSTEIN, JOHN DOUGLAS
REYNOLDS, JOHN C. CROSBIE and
JUDE O'NURKERA,

    Defendants.

## MOTION TO DISMISS OF
## DEFENDANTS DAVID M. BERNSTEIN,
## JOHN DOUGLAS REYNOLDS AND JOHN C. CROSBIE

Pursuant to Rule 12(b) of the Federal Rules of Civil Procedure, Defendants David M. Bernstein, John Douglas Reynolds and John C. Crosbie, based upon the attached Memorandum of Law and Declaration of David M. Bernstein, dated November 19, 2007; Declaration of John C. Crosbie, dated November 15, 2007; and Declaration of John Douglas Reynolds, dated, November 19, 2007, and the exhibits annexed thereto and the pleadings and proceedings heretofore had herein, Defendants, David M. Bernstein, John Douglas Reynolds and John C. Crosbie, will move this Court for dismissal of the Complaint filed against them for lack of personal jurisdiction.

The moving defendants also seek sanctions, including attorney fees and costs in the defense of this action, pursuant to Rule 11 of the Federal Rules of Civil Procedure, against Plaintiff and its counsel, David W. Parham, and Baker & McKenzie, LLP.

WHEREFORE, the moving defendants pray that the Complaint be dismissed, that

the costs of defense be awarded, including attorney fees, and for such other relief as the Court may deem just and necessary

By: _____
Counsel for Moving Defendants

Patrick S. Casey (W. Va. Bar No. 668)
BURNS, WHITE & HICKTON, PLLC
32 20th Street
Maxwell Centre, Suite 200
Wheeling, WV 26003
(304) 233-9500
(304) 233-1363 (fax)

Edward C. Kramer, Esq. (pro hac admission pending)
EDWARD C. KRAMER, P.C.
488 Madison Avenue, Suite 1100
New York, NY 10022
(212) 490-1616
(212) 490-2888 (fax)

## CERTIFICATE OF SERVICE

Service of the foregoing MOTION TO DISMISS OF DEFENDANTS DAVID M. BERNSTEIN, JOHN DOUGLAS REYNOLDS AND JOHN C. CROSBIE was had upon the parties, as addressed below, this 21st day of November, 2007.

David W. Parham, Esq.
Elliot D. Schuler, Esq.
BAKER & McKENZIE, LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, TX 75201

Mark A. Carter, Esq. (W. Va. Bar No. 4316)
DINSMORE & SHOHL, LLP
900 Lee Street
Huntington Square, Suite 600
Charleston, WV 25301

Denise D. Klug, Esq., (W. Va. Bar. No. 6620)
DINSMORE & SHOHL, LLP
1115 Main Street
Wheeling, WV 26003
Counsel for Plaintiff Progressive Minerals, LLC

Muhammad Haroon Rashid
5821 Southwest Freeway, Suite 500
Houston, TX 77057

Jude O'Nurkera
6260 Indian River Drive
Norcross, GA 30092

Gerald Hendrix
15455 Ella Boulevard, #48
Houston, TX 77090

By: _____
Counsel for Moving Defendants