FILED

NOV 2 7 2007

U.S. DISTRICT COURT
WHEELING, WV 26003

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF WEST VIRGINIA

Progressive Minerals LLC

**Plaintiff(s),**

v.    Select Civ or Crim:  NO: 5:07-CV-108

Muhammad Haroon Rashid, Gerald D. Hendrix, David M. Bernstein, John Douglas Reynolds, John C. Crosbie and Jude O' Nurkera,

**Defendant(s).**

## ORDER

Upon consideration of the foregoing Application for Admission *Pro Hac Vice* of Edward C. Kramer, it is **ORDERED** that the Application for Admission *Pro Hac Vice* be, and the same is hereby, **APPROVED** and that the applicant may appear *pro hac vice* in this matter on behalf of the represented party.

ENTER: 11/27/07

_____
United States District Judge