**EXHIBIT "3"**

**Transcript of 341 Meeting**
**February 16, 2006**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| In re | ) **Case No. 05-95389** |
| | ) |
| | ) February 16, 2006 |
| GLOBAL EMPIRE INVESTMENTS | ) |
| AND HOLDINGS, LLC, | ) Houston, Texas |
| | ) |
| Debtor. | ) |
| _____ | ) |

TRANSCRIPT OF
341 MEETING OF CREDITORS

For the United States        Stephen Statham
Trustee:                     United States Trustee
                             Southern District of Texas
                             Houston Office
                             515 Rusk Street, Suite 3516
                             Houston, TX  77002
                             (713) 718-4650 x252

For the Debtor:              Dick Fuqua

                             Dr. Mohammed Haroon Rashid

Other Creditors and          Dave Parham for Progressive
Counsel:
                             Jim Stokes for Bruce and Connie Oyler

                             Mr. Rosen

Transcription Service:       Kathy Rehling
                             209 Bay Circle
                             Coppell, TX  75019
                             (972) 304-1998
                             kathy.rehling@tx.rr.com

Proceedings recorded by electronic sound recording;
transcript produced by federally-approved transcription service.

1          FEBRUARY 16, 2006 - 10:15 A.M.

2          MR. STATHAM:  Good morning.  My name is Steve

3    Statham.  I'm an attorney with the United States Trustee.  This

4    is February the 16th, 2006.  This is the 341 meeting of

5    creditors for Global Empire Investments & Holdings, LLC.  This

6    matter is being digitally recorded this morning.  Debtor's

7    representative and counsel are present.  Would you please

8    identify yourselves?

9          MR. FUQUA:  I would introduce Dr. Rashid to the

10   creditors.  You need to pronounce your name slowly, because

11   it's being recorded.

12         DR. RASHID:  Dr. Mohammed Haroon Rashid.

13         MR. FUQUA:  My name's Dick Fuqua, F-U-Q-U-A.  I

14   represent the Debtor.

15         MR. STATHAM:  Dr. Rashid, if it's your intention to

16   offer testimony today, would you please raise your right hand

17   to be sworn?

18              MOHAMMED RASHID, SWORN

19         EXAMINATION BY UNITED STATES TRUSTEE

20   Q    Very well.  What is your relationship to Global Investment

21   and Holdings, LLC?

22   A    I am the president and CEO.

23   Q    Very well.  Have you had an opportunity to examine the

24   pleadings, schedules, and statements that have been filed on

25   the LLC's behalf by Mr. Fuqua?

Rashid Examination

3

1   A    Yes, sir.

2   Q    Is the information true and correct that are contained in

3   those documents?

4   A    Yes.

5   Q    Are you aware of any additions, deletions, or changes that

6   need to be made at this time?

7   A    I don't think so, looks like.

8   Q    Okay.  Very well.  What is Global Empire Investments and

9   Holdings, LLC?

10  A    Is a holding company, hold the real estate assets and the

11  oil assets.

12  Q    Very well.  Go through specifically what real estate and

13  oil assets we're speaking of.

14  A    Real estate, we own these two buildings, commercial

15  buildings.

16  Q    Yes, sir.

17  A    And there was a small refinery in Baytown, and that was

18  owned by the Global Empire.

19        MR. FUQUA:  Well, let me make sure the record's

20  clear.  The wholly-owned subsidiary owned the topping plant in

21  Baytown.  The subsidiary is still owned by the company, is

22  still owned by Global.  The topping plant, I believe, was,

23  frankly, titled in another entity.

24        MR. STATHAM:  All right.  So do you consider that to

25  be an asset or not at this point?

1          MR. FUQUA:  No, I think the -- I think, under the

2    separate entity theory, the topping plant, I believe, has been

3    foreclosed upon shortly before bankruptcy by the second

4    lienholder.  And the corporation that owned that asset is owned

5    by the Debtor.

6        So it's the corporation that's owned, not the assets of

7    the subsidiary.

8          MR. STATHAM:  Very well.  Thank you for clarifying

9    that.

10          MR. FUQUA:  No problem.

11    BY MR. STATHAM:

12    Q    Can you address for me the nature of the two buildings?  I

13    assume these are office buildings?

14    A    Yeah.  Six-story commercial office buildings.

15    Q    And where are they located?

16    A    With multi-tenant.  5821 Southwest Freeway, Houston,

17    Texas, 77057.  And 5851 Southwest Freeway.

18          MR. FUQUA:  And let me tell you, for ease, that's

19    right around Chimney Rock and the Southwest Freeway, just as it

20    curves.  It's between Westpark and Southwest Freeway and

21    Chimney Rock.

22    BY MR. STATHAM:

23    Q    All right.  What's your tenant base currently?  Is it --

24    A    Multi-tenants.  Yeah.  Insurance companies.  Mortgage

25    companies.

1  Q    So a wide variety?

2  A    A wide variety, yeah.

3  Q    All right.  What's the current occupancy rate of the 21

4  location?

5  A    Between 70-75 percent, the total.

6  Q    And the occupancy on the other building?

7  A    The same.

8  Q    All right.  What caused you to file bankruptcy?

9  A    We had a second lien on that one, and second lien, we was

10 expecting that to refinance the building, but it was delayed

11 for certain reasons.  The bank's taking time.  And they force

12 us to foreclose on us.  And we protect ourselves.

13        MR. FUQUA:  Said another way, there was a posting, a

14 foreclosure posting by the second and the first.

15        THE WITNESS:  Yeah.

16        MR. FUQUA:  And they filed Chapter 11.

17 BY MR. STATHAM:

18 Q   Earlier, Mr. -- and this a question probably more

19 addressed to your lawyer than to you, Doctor.

20        MR. STATHAM:  But there had been a motion for relief

21 from stay filed by Centrum Financial.  I understand that matter

22 has been resolved in some capacity.  For purposes of the

23 record, can you describe the resolution?

24        MR. FUQUA:  Yes.  There was a 362 filed by Centrum,

25 the first lienholder.  It has been compromised.  Dr. Rashid has

1   agreed to advance $1 million -- frankly, it'll be paid tomorrow

2   -- to Centrum.

3       It's not a debt of the Debtor.  In other words, it's an

4   equity contribution made to the benefit of the Debtor by paying

5   Centrum, but not a debt for which the Debtor will be

6   responsible or liable.

7       In addition to that, there is an agreement to keep monthly

8   operating reports current, taxes to be kept -- *ad valorems* to

9   be kept current, and insurance to be kept current.  That's --

10  the stay will remain in place until August of 2005 -- or '06,

11  pardon me -- at which time the Debtor needs to either have his

12  plan on file, refinancing done, and -- or move forward, or they

13  have -- the stay will relax.

14          MR. STATHAM:  Very well.

15  BY MR. STATHAM:

16  Q    To that end, what are the prospects for the refinance at

17  this point?

18  A    We are working with the two lenders right now.

19  Q    Okay.

20  A    And we think that, the next 60 days, we will be getting

21  refinance then.

22  Q    Okay.  And so if you get refinance, that's going to be the

23  basis of your plan --

24          MR. FUQUA:  Yes.

25          MR. STATHAM:  -- of reorganization?

Rashid Examination                                                7

1              THE WITNESS:  Yes.

2    BY MR. STATHAM:

3    Q     If not, it'll --

4              MR. FUQUA:  We're going to be having a sale.

5              MR. STATHAM:  -- go in some way?

6              THE WITNESS:  Yes.

7              MR. STATHAM:  All right.

8              MR. FUQUA:  We believe there is equity in the real

9    property action.

10             MR. STATHAM:  Tell me about the situation between the

11   first and the second lienholder, if you could.

12             MR. FUQUA:  The second lienholder, I think, was a

13   hard money lender out of Dallas.  The first, they closed maybe

14   less than a year ago with Centrum and made their first payment,

15   and, frankly, made no other payments.

16        I do not believe the first and the second are related in

17   business at all.  I think they're actually independent.  The

18   second, I'm informed, took additional collateralization with

19   their second.  I believe it was a Japanese group, but I'm --

20             THE WITNESS:  Chinese.

21             MR. FUQUA:  Japanese or Chinese or Asian, out of

22   Dallas.  They foreclosed on a topping plant in Baytown on the

23   eve, somewhat near to the date of filing of this bankruptcy.

24   It's my understanding that they bid $100,000 and assert still a

25   second.  We've listed it as disputed because we have

Rashid Examination

8

1   information that indicates they have either got it sold or are

2   selling it for in excess of two million bucks.  And that would

3   indicate to me a question as to the values.  Which, you know,

4   if we have an issue, that's an issue that Judge Isgur will get

5   to take up.

6        MR. STATHAM:  Very well.

7   BY MR. STATHAM:

8   Q    Doctor, tell me about Galleria Corridor, LLC, the

9   management company that's reflected on your schedule.  What is

10  that?

11  A    That is the management company owned by the Global.

12  Hundred percent.

13  Q    And they --

14  A    They manage the building, run daily business, collect the

15  rents, and all the things they do.

16        MR. FUQUA:  Now, I would point out to you it's an odd

17  deal.  I've been doing this for a few years, and it appears

18  that the leases are all with the management company and not

19  with the Debtor.  You'll note that from the schedules when you

20  see the schedules.

21       I don't think that's a problem.  We've listed it.  But I'm

22  telling you so that when you look and you don't see a lot of

23  tenant contracts on our schedules, that's why.

24        MR. STATHAM:  All right.  What's the flow of the

25  money, then, basically, as rents come in?

Rashid Examination

9

1          MR. FUQUA:  I think they're losing -- how much money

2     a month?

3          THE WITNESS:  I think we are round about $40,000,

4     $50,000.  That range.

5          MR. FUQUA:  And I would tell you that there are new

6     leases coming in place that should make it positive cash flow

7     --

8          THE WITNESS:  Yes.

9          MR. FUQUA:  -- we hope within 60 days, actually.

10         THE WITNESS:  Yeah.  We are preparing right now,

11    actually, to those tenants moving in.

12    BY MR. STATHAM:

13    Q    You've got a counterclaim listed on #21 of your Schedule

14    B.  I'm going to pronounce this *Oyler v. Global Empire* case.

15    What can you tell me about that?

16    A    We have a dispute on that.  It is not actually related to

17    our businesses.  We had a third party that arranged that loan,

18    and the creditor itself took the money from the loan, too.  So

19    that is in the court right now.  So we are going to pursue on

20    that one.

21    Q    Was this going to be financing for Global?

22    A    No.

23    Q    What was the deal that was --

24    A    Actually, the deal was -- in question was that the --

25    there was a company, JB Trays.  I at that time I was interested

1  to buy that company.

2  Q    Okay.

3  A    And they are a service company, oil service company.  And

4  they need the help to do some jobs and they need some advance

5  payment, and Mr. Oyler need the money to pay his mother $90,000

6  he took from the loan for himself and rest he give to the -- to

7  JB Trays.  And I end up round-about like very nominal money

8  that we invest in our situation.

9  Q    Okay.  So we've got a financial dispute of some sort?

10 A    Yes.

11          MR. FUQUA:  Sounds like a real lawsuit to me.

12          THE WITNESS:  Right.

13          MR. FUQUA:  Now, we're not involved in that and have

14 -- and don't know --

15          THE WITNESS:  Yes.  No, we have a separate attorney.

16          MR. FUQUA:  But I'm finding out.

17          MR. STATHAM:  Okay.

18 BY MR. STATHAM:

19 Q    The valuation you've placed on the equipment, how did you

20 derive that?

21 A    That is the market value, what we have right now.

22 Q    Is that what you're carrying on the books?

23 A    Yes, sir.

24 Q    What's the current status of the Geotel Group loan?

25 A    Geotel actually foreclose on us, on our refinery.

1  Q    Sure.

2  A    And they are under contract with one entity we know with

3  $2.7 million.  And I think they are closing -- they already

4  closed or they are in process of closing that transaction.  And

5  is a disputed item, so we are pursuing in that avenue to settle

6  that issue.

7        MR. FUQUA:  The answer that I would give as a lawyer

8  is I don't know.  I know that there was a foreclosure pre-

9  petition.  I know Mr. Rosen represented the folks from Dallas.

10 And past that, I've had no negotiations or discussions.

11       MR. STATHAM:  Is there any question about the

12 propriety of the Centrum loan at all?

13       MR. FUQUA:  I don't think so.  I think Centrum was a

14 hard money lender, advanced the dollars, collateralized

15 themselves with the buildings.  And the Debtor has waived any

16 disputes it might have, interest rate or otherwise, with

17 Centrum as part of its agreement.

18       MR. STATHAM:  All right.

19 BY MR. STATHAM:

20 Q    What's the nature of the debt to Hendricks Financial

21 Solutions?

22 A    They provide us the services and we never paid them to

23 manage our -- all the assets and all that thing.

24 Q    Okay.  And the nature of the Progressive Mineral claims?

25 A    Oh, that, we have a deal with one company in Virginia that

1    want to buy the coal mining.  And then we had the meetings with

2    the party who want to sell it, the coal mine to Progressive.

3    But we found out that there was a lot of disparate answers

4    between them.  They don't own anything, but it was a paper

5    transaction.  So we backed out on that one.

6    Q    So you actually had an interest in a mine, or did you have

7    leasing rights?

8    A    We didn't have any.  We want to have --

9    Q    All right.

10   A    -- as a collateral on that.  And when we went through the

11   paperwork what they provide us, and the ownership was in

12   question, who owned the coal mine.  The company who was selling

13   to Progressive, they'd never own anything.  They were just the

14   leaseholder.  But even leasehold, they don't own it.

15   Q    All right.

16   A    So there was some kind of flipping the deal.

17            MR. FUQUA:  Cutting to the chase, there was a

18   contract -- I've not seen it yet -- where Empire was going to

19   find financing to allow a West Virginia group to purchase a

20   coal mine.  I'm not -- I haven't seen the document, so I don't

21   know if there was a kicker or what the equity piece was or if

22   it was just a loan brokerage deal.  Dr. Rashid and Mr.

23   Bernstein, who's an associate of Mr. -- Dr. Rashid's, indicate

24   that some broker in the middle of the deal who brought the West

25   Virginia people, I understand, into the transaction took a

1   haircut or took a significant portion of the retainer paid.

2   I've only become recently -- like within the last week, maybe,

3   ten days -- familiar with the transaction, but I don't have any

4   of the -- I don't have all of the operative documents so that I

5   can tell you what I think it is.

6          MR. STATHAM:  All right.  Thank you.  Are you all

7   going to do the MOR's in-house or --

8          MR. FUQUA:  They're using them in-house, but they're

9   -- we're going to retain an outside CPA to assist them.

10  BY MR. STATHAM:

11  Q    Who's Mr. Hendricks?

12  A    He is our CFO.

13  Q    Is he still actively involved?

14  A    Yes.

15  Q    Are you compensated in your capacity as CEO and the sole

16  shareholder?

17  A    No.  Not yet.

18          MR. STATHAM:  All right.  That concludes the

19  questions I have.  If creditors have questions for the Debtor's

20  representative, would you please identify yourselves for the

21  record before you begin?

22          MR. PARHAM:  Dr. Rashid, my name's Dave Parham.  I

23  represent Progressive, the mining company you referred to a

24  second ago.

25               EXAMINATION BY MR. PARHAM

Rashid Examination

14

1   BY MR. PARHAM:

2   Q    I want to go back, though, to the real estate discussion

3   of these two office buildings.  What lenders are you currently

4   working with?

5   A    We are working with First Capital Mortgage.  And we have

6   one in New York.  I can furnish you the name later.  Because we

7   are negotiating with them as we speak.

8   Q    Has the property been appraised?

9   A    Yeah.

10  Q    And what was the value it was appraised at?

11  A    We did that one in 2003.  Market value is 29.  Income

12  approach was 24.

13  Q    You appraised it in 2003?

14  A    Yes, sir.

15  Q    Who did the appraisal?

16  A    Stewart Appraisal.

17  Q    And has there been any change in the occupancy --

18  A    Yeah, we have a lot of change, yes.  We have three law

19  firms.  They -- when we -- when we closed the loan from the old

20  people's, they pull out that one.  So that is the substantial

21  change we had.

22  Q    Three law firms pulled out?

23  A    Yeah.

24  Q    Okay.  You have obligated yourself to make a $1 million

25  capital infusion by tomorrow?

1   A    Yes, sir.

2   Q    Okay.  And do you have the money?

3   A    Yes, I think so.  I am getting from some friends to get

4   that done.

5   Q    You say you're getting the money from friends?

6   A    Yes.  That is the one.

7   Q    So as of today, then, you don't have the money?

8   A    Right at this moment, no.

9   Q    How much are you looking to -- of the $1 million, how much

10  of it are you planning to get from friends?

11  A    All of that.

12  Q    And have those friends made commitments to you?

13  A    Yeah.

14       MR. FUQUA:  David, it's actually a little more than a

15  million.  It's about $1.1 million.  A million one fifty-

16  something.  It's $1.1 million and change.

17       MR. PARHAM:  Is the money being -- is it in Houston?

18  Is it being wired in?  Is it friends here --

19       THE WITNESS:  It's going to be wired in.

20       MR. PARHAM:  Going to be wired in today?

21       THE WITNESS:  Yeah.

22       MR. FUQUA:  Actually, it'll end up being wired to

23  Seattle, I think.

24       THE WITNESS:  Yeah, Seattle is --

25       MR. FUQUA:  Sent from --

1          THE WITNESS:  -- direct to them, wire to them.

2          MR. FUQUA:  I think it's a direct, and it's coming

3   out of Canada.

4       And let me help you further.  It's supposed to be in a

5   trust account as of last week for a fellow named David

6   Bernstein, who's an accountant with whom Mr. -- Dr. Rashid is

7   in business.  He's indicated that that money's on deposit and

8   is to be transferred.  That's the basis upon which the deal was

9   done.

10          MR. PARHAM:  So he says he has the money?

11          MR. FUQUA:  In one of his --

12          MR. PARHAM:  In one of his accounts?

13          MR. FUQUA:  -- accounts.

14          MR. PARHAM:  And can be wired out?  Okay.

15   BY MR. PARHAM:

16   Q   I want to ask you a little bit about Global Empire.  And I

17   guess maybe the place to start is with this company that had

18   the refinery.  What was the name of that entity?

19   A   Mohawk Refining and Marketing, LLC.

20   Q   And does Mohawk have any remaining assets?

21   A   No.

22   Q   Was its only asset this topping plant?

23   A   Yes, sir.

24   Q   You mentioned another subsidiary, Galleria Management.

25   A   Galleria Corridor, yeah.

Rashid Examination

17

```
1   Q    And does it manage any other properties --

2   A    No.

3   Q    -- or just these two properties?

4   A    Just these two properties.

5   Q    Are there any other subsidiaries that Global Empire has?

6   A    No.

7   Q    Has Global Empire ever had any other subsidiaries?

8   A    No.

9   Q    Has Global Empire ever owned a percentage of any other

10  business?

11  A    No.

12  Q    And when was Global Empire formed?

13  A    Is 2003.

14  Q    And who are the members?  I noticed it's an LLC.

15  A    I am the member.

16  Q    You're the sole member?

17  A    Yeah.

18  Q    Mr. Bernstein doesn't -- I'm sorry, Mr. Hendricks doesn't

19  have an ownership interest?

20  A    No.  Nobody.

21  Q    Okay.  You're aware that Progressive Mining deposited

22  $750,000 to Global Empire --

23  A    Yes, sir.

24  Q    -- as a loan from --

25  A    Uh-huh.
```

Rashid Examination                                    18

1  Q    And you don't dispute that that money is owed back to

2  them, do you?

3  A    We have a dispute that their agent brokered the money.

4  Q    And who is that agent?

5  A    His name is Jude.  I don't know the -- exactly spelling of

6  last name.  He's from Atlanta.

7  Q    Jude?

8  A    Yes.  His first name is Jude.

9  Q    Do you know his last name?

10  A    No.  Is very funny name.  I don't -- I can furnish you his

11  name, full spelling.  And the company, too.

12  Q    And how much money did you say Jude took out of the

13  $750,000?

14  A    $200,000.

15  Q    $200,000?  What became of the other $550,000?

16  A    We paid for the lawyer fees and we got the law firm

17  engaged in that one to check the transaction.  And that we

18  hired the accountants to look at the books and everything.

19  Q    What law firm?

20  A    That was in Canada.

21  Q    And what accounting firm?

22  A    No, it was independent accountant.

23  Q    And who is that?

24  A    His name was -- the lady's name was Lorraine.

25  Q    How much did you pay Lorraine?

Rashid Examination                                     19

```
1  A    We paid her $50,000.

2  Q    Okay.  Do you recall her last name?

3  A    Baldwin or something like that.

4  Q    Is she in Houston?

5  A    Yeah.

6  Q    Okay.  What about the law firm?  How much did you pay

7  them?

8  A    We paid them $200,000 to look in the books.

9  Q    And what law firm was that?

10 A    Is the Jerome (unintelligible) and Associates.

11 Q    Subsequent to the failure to close, are you aware that

12 representatives have indicated to Governor Moore and

13 Progressive Mining that the money would be refunded?

14 A    Oh, yes.  We did that, yeah.

15 Q    And they did that because they felt that the money was

16 owed back, right?

17 A    Yes, but the -- with them, we had the meeting and we went

18 through the whole -- their packet and everything, and we found

19 out that the transaction is bogus and we told (unintelligible).

20 So because this transaction is not real, because nobody own any

21 property, had anything to sell.  And still we are negotiating

22 with him for work that he (unintelligible).

23 Q    Negotiating with who?

24 A    With one of -- with Arch Moore.

25 Q    With Arch Moore?
```

Rashid Examination

20

1   A    Uh-huh.

2           MR. STATHAM:  Can we --

3           MR. PARHAM:  You want to adjourn?

4           MR. STATHAM:  -- adjourn for a short minute?  I've

5   got to be in Judge Brown's court promptly at 9:30.  My motion's

6   first.

7           MR. PARHAM:  Yeah.  I'm sorry.

8        (Off the record from 10:38 a.m. until 11:00 a.m.)

9           MR. STATHAM:  All right.  We're back on the record.

10  Please continue.

11              EXAMINATION BY MR. PARHAM, RESUMED

12  BY MR. PARHAM:

13  Q    Dr. Rashid, is there a contract between Global Empire and

14  the management company at the Galleria?

15  A    Yes, sir.  Yeah.

16  Q    You mentioned that you expected occupancy to pick up such

17  that the property would be cash flow positive.  Are there

18  signed leases?

19  A    Yeah.

20  Q    Okay.  Has Global Empire in its history made loans to any

21  entity?

22  A    No.

23  Q    And I think you said earlier that they had not invested in

24  any entities other than the --

25  A    Mohawk Refining, yes.

1    Q    Okay.   With respect to the Progressive Mining issues, you

2    told me that you thought a broker had taken $200,000, you'd

3    paid $200,000 to a law firm, and $50,000 to an accountant.   Was

4    the accountant Lorraine Bevins?

5    A    Yeah.

6    Q    Okay.   And what became of the other $300,000?

7    A    That was our fees to arrange all the mechanism, what we

8    are getting the financing done.

9    Q    You say your fee for arranging --

10   A    Yes, sir.

11   Q    -- the financing?

12   A    Yeah.

13   Q    Has the property been appraised since 2003?

14   A    No.

15   Q    Do you have any intent -- I mean, have any appraisers been

16   retained to do a current appraisal?

17   A    Not yet, because the new lenders are looking on that, the

18   old appraisal.

19   Q    You have a claim for $10 million?

20   A    Yes.

21   Q    What's the basis of that claim?

22   A    My own money I invested in the refinery transaction and

23   also in the buildings, to bring them up-date.

24   Q    I'm sorry.   The money you invested in the buildings --

25   A    Yes.

1  Q     -- and what?

2  A     To clean them up, to bring them up to the, you know, the

3  living -- improving the condition of the buildings.

4  Q     And you said something, the first.

5          MR. FUQUA:  The refinery.

6          THE WITNESS:  The refinery.

7  BY MR. PARHAM:

8  Q     The refinery?

9  A     Uh-huh.

10 Q     And are there any loan documents evidencing debt between

11 you and Global Empire?

12 A     No, because I own the 100 percent Global Empire.

13 Q     Was any other cash ever infused into Global Empire as an

14 equity contribution?

15 A     As far as I know.

16 Q     No?

17 A     Uh-huh.

18 Q     You have to speak.  The court reporters or the --

19 A     That's fine.  I'm looking at you because you are the

20 question.

21 Q     That's right.

22          MR. FUQUA:  But they're trying to record the answers

23 to his questions.

24          THE WITNESS:  All right.

25 BY MR. PARHAM:

Rashid Examination

23

1  Q    Okay.   Your schedules indicate that the corporate records

2  are with Lorraine Bevins, Susan Chen, and Gerald Hendricks?

3  A    Yes.

4  Q    Would that include minutes of any kind of directors'

5  meetings?

6  A    No.

7  Q    Okay.   Where would those be?   Or have there been

8  directors' meetings?

9  A    No.

10 Q    Are there any directors besides yourself?

11 A    We have that nonvoting directors.   So there is no voting

12 power to any director.

13 Q    Nonvoting, you mean?

14 A    Yes.

15 Q    Okay.   And does Global Empire have any full-time

16 employees?

17 A    No.  Is me, myself.

18 Q    Has it ever had any employees?

19 A    No.

20 Q    Mr. Hendricks, I take it, is just kind of an independent

21 --

22 A    Yes.

23 Q    -- contractor type?

24 A    Yes.

25 Q    He doesn't have an employment contract with the company?

1   A    No.

2             MR. PARHAM:  I will pass.

3             MR. ROSEN:  Thank you.

4                       EXAMINATION BY MR. ROSEN

5   BY MR. ROSEN:

6   Q    What is the nature of Mr. Hendricks' --

7   A    He's the con...

8   Q    -- claim status for $2 million?  What is the -- what is

9   that about?

10  A    He provided the service last four years to manage our, on

11  a contract base, different transactions.

12  Q    And is there a written contract --

13  A    Is a commission.  Is a commission we have to pay him.

14  Q    What's the commission based on?

15  A    On different projects what he worked on.

16  Q    What specific projects did he work on?

17  A    There are a lot of projects that he was working on that.

18  He's traveling for the company, time to time.

19  Q    What projects specifically?

20  A    Financing.  Financing on the -- our refinery acquisitions

21  and everything.

22  Q    What other projects besides financing --

23  A    That's it.

24  Q    -- on the refinery?

25  A    That's it.

Rashid Examination

25

1  Q    And do you have a written contract with him to pay him $2

2  million?

3  A    Yes.

4  Q    Where is that written contract?

5  A    We'll furnish you.

6  Q    Who has possession of it?

7  A    I don't have with me.  I have.

8  Q    And when was that written contract entered into?

9  A    Two years ago.

10 Q    How much money did you pay for the refinery?

11 A    We paid -- at the closing, we paid $175,000.  But it was a

12 private deal.

13 Q    So, apart from the $175,000 -- strike that.  The balance

14 of the $10 million that you claim is owed to you by the company

15 --

16 A    Yes.

17 Q    -- make up what's been put into the buildings on --

18 A    Buildings, and also the improvement.  We spent a lot of

19 money there to improve the land, improve everything, clean up

20 the whole thing.

21 Q    Do you have contracts and invoices and receipts that would

22 total somewhere close to $9 million for that type of work?

23 A    Sure.

24 Q    And when was all this work done on those buildings?

25 A    Last three years.

Rashid Examination

1   Q     When did you purchase the buildings?

2   A     In July 18th.

3   Q     Of what year?

4   A     2005.

5   Q     Then how did you incur costs to improve the buildings

6   before you purchased the buildings?

7   A     I had the contract with the ownership that I have to

8   invest in the buildings, to clean them up, bring them, you

9   know, the improvements.

10  Q     What kind of contract was this where you didn't own the

11  building but you were to clean them up and spend your money on

12  them?

13  A     This was a contract between the ownership and me.

14  Q     And what was the nature of the contract?  Was it a

15  contract --

16  A     That I will -- I will acquire the buildings.

17  Q     And where are those written contracts?

18  A     It's not a written contract.  It was between me and them,

19  that I have to keep investing the money in the building and

20  bringing them to the point that I will acquire them if I

21  arrange the financing.

22  Q     So it wasn't a contract in writing?

23  A     No.

24  Q     And how much of this $9 million plus in improvements on

25  the land and the property was invested in the building before

1  you purchased the building?

2  A    Half of that amount.

3  Q    Who was the property manager in the building before you

4  purchased the building?

5  A    Joe Zalta.

6  Q    Spell his name for me.

7  A    J-O-E Z-A-L-T-A.

8  Q    And he still does management for the buildings?

9  A    No.

10  Q    When was the last time he did management for the building?

11  A    Until November.

12  Q    So after you closed and purchased the building, he

13  continued to do --

14  A    He has three months, yes.  Four months after that.

15  Q    What does that mean, he has four months?

16  A    Four months, he managed.

17        A VOICE:  Well, he said three or four months.

18  BY MR. ROSEN:

19  Q    The $1 million that you're acquiring to give to Centrum,

20  what is the name of the entity that owns that million dollars

21  that's loaning it to you?

22  A    They are my friends that they contribute to me and that I

23  am giving them.

24  Q    What are the names of the friends that are giving you a

25  million dollars?

Rashid Examination

28

```
 1   A     They are my family relations, my own family friends.

 2   Q     Where are they --

 3   A     They are overseas.

 4   Q     And what are their names?

 5   A     What their names?

 6   Q     Yes.  Who are the people, the names of the individuals

 7   that are loaning you up to a $1,175,000, or whatever that

 8   number is?

 9   A     Is Mr. Abul Hussain.

10   Q     Can you spell that for me?

11   A     A-B-U-L H-U-S-S-A-I-N.

12   Q     And where does he reside?

13   A     Dubai, U.A.E.

14   Q     Dubai?

15   A     Uh-huh.

16   Q     Anyone else?

17   A     That's it.

18   Q     The current lenders you've been negotiating with is --

19   lender is First Capital?

20   A     Yes.

21   Q     Have you been negotiating with First Capital for the past

22   three months?

23   A     Past two months.

24   Q     What is the hold-up?

25   A     We don't know.  They are checking all the documentation.
```

1   I have no idea what hold-up.  We have asked them.

2   Q    So they've not given you any reason why they --

3   A    No.  They are saying that they are preparing all, they're

4   checking everything.

5   Q    Have they requested an appraisal?

6   A    I don't know yet.

7   Q    I think you told us earlier that you're losing

8   approximately $40,000 a month.

9   A    Yes.

10  Q    And I think you also told us earlier that the problem with

11  the deal came about when you lost the three law firm tenants.

12  A    Yes.

13  Q    What was the total rent that those three law firm tenants

14  were paying you?

15  A    They was occupying 25,000 square foot.

16  Q    What was the dollar rent?

17  A    $1.50 they was paying.

18  Q    So these three law firms were paying $1.50 a square foot

19  and were occupying 25,000 square feet?

20  A    Yeah.

21  Q    What were the names of these law firms?

22  A    I can furnish you.  I don't know as of now.

23  Q    You don't know the names of the law firms?

24  A    No.

25  Q    You told us that there are -- Corridor I has a 70-75