1   percent occupancy rate?

2   A    Yeah.   Uh-huh.

3   Q    And Corridor II has about the same, --

4   A    No.

5   Q    -- 70-75 percent?

6   A    Not yet.  But when the new leases come in, that will be.

7   Q    The new leases, have they been signed yet?

8   A    Yes.

9   Q    Who are the new tenants?

10  A    There is a jewelry company from China.  They are opening

11  their mart at the sixth floor in the second building.  Is

12  called Bead.  And Jewelry World.

13  Q    And how much is their lease?

14  A    Their lease will be $30,000.  Is full floor.  The sixth

15  floor.

16  Q    What is your current cash flow from tenants, that you

17  receive from tenants as of this date?

18  A    I think we already have here in the record, but round

19  about like $56,000.  $65,000.  Between that.  Just fluctuates

20  like that.

21  Q    Have you signed any leases with new tenants since closing

22  in the summer of 2005?

23       MR. FUQUA:  And when you say "you," do you mean the

24  Debtor or the management company?

25       MR. ROSEN:  The Debtor or the management company.

Rashid Examination

31

```
 1              THE WITNESS:  Yeah.  We signed the --
 2    BY MR. ROSEN:
 3    Q    How many leases, new leases from tenants have you signed
 4    after --
 5    A    We have all these this year.  We can furnish you that.
 6    Q    How many do you know that you signed up?
 7    A    I have no knowledge.  The management company has that
 8    knowledge.
 9    Q    You're the only employee of your company, correct?
10    A    Yes.
11    Q    How many employees are in the Galleria?
12    A    We have cleaning crews.  We have three right now, the
13    management company.  One the manager, one the assistant
14    manager, and one the coordinator between them.
15    Q    And they all answer to you?
16    A    Yeah.
17    Q    Have you, Galleria or the Debtor, entered into any leases
18    since you have purchased the building in which the tenants are
19    not paying rent or have rent deferred?
20    A    Oh, we had that, and we already send them out when we
21    found out that the old management have some kind of arrangement
22    with them.
23    Q    I'm asking you if, since your ownership, you have signed
24    --
25    A    Yes.
```

1  Q    -- leases --

2  A    That was a lease signed, and that -- we already let them

3  go.

4  Q    Have you ever, you the Debtor or Galleria, ever received

5  funds from tenants in advance of signing a lease in exchange

6  for getting free rent for one, two or three-year periods?

7  A    As far as I know, I -- I have no knowledge.

8  Q    So you have not received --

9  A    No.  I have no --

10 Q    -- funds like that?

11 A    I have no knowledge.

12 Q    $50,000?

13 A    No.

14 Q    Okay.  And you have the names of the three law firms that

15 vacated that totaled 25,000 square feet at $1.50 a square foot?

16 A    Yes, sir.

17 Q    Do you have any communications with the old owners on the

18 building?

19 A    No.

20 Q    Do you have any communications with Joe Zalta?

21 A    No.  Since he got ill, no.

22 Q    Does Joe Zalta have an interest in the building?

23 A    No.

24 Q    An equitable interest through arrangements with you?

25 A    No.

Rashid Examination                          33

1    Q      Had you received any funds from the owners of the building

2    from the purchase price that was paid for from the loans from

3    Centrum and my client?

4    A      No.

5    Q      None?

6    A      None.  They are in -- what they call the 1031 interest

7    account or something for the owners.

8    Q      Have you ever borrowed any money from the owners you

9    purchased the Corridor buildings from?

10   A      No.

11   Q      As I understand what you've testified earlier to about is

12   that Geotel has a $2.7 million contract for the refinery?

13   A      Uh-huh.

14   Q      Who is that $2.7 million contract with?

15   A      I have no idea.  You ask your client.

16   Q      How do you know that there's a $2.7 million contract?

17   A      The person came to our office to announce us that he

18   bought the refinery.

19   Q      Who was this person that came to your office to announce

20   it?

21   A      Is Chick Parkson.

22   Q      Can you spell that for us?

23   A      C-H-I-C-K.

24   Q      Chick?

25   A      Uh-huh.

1    Q    What's the last name?

2    A    Parkson.

3    Q    Parkson?  Okay.  And Mr. Parkson has told you that there's

4    a contract with my client --

5    A    Yes.

6    Q    -- to purchase that for $2.7 million?

7    A    Yes, sir.

8    Q    When did he tell you that?

9    A    Two months ago.

10   Q    Is there any other information you have that would lead

11   you to believe that the property is under contract?

12   A    That he told us.

13   Q    Just that?

14   A    Uh-huh.

15   Q    And this would be the same property we're talking about --

16   A    Yeah.  Mohawk.

17   Q    -- that you paid $175,000 for.  Correct?

18   A    Yeah.

19   Q    Okay.

20          MR. ROSEN:  I have nothing further.  Thanks.

21          MR. FUQUA:  She's a paralegal with our office.

22          MR. STOKES:  Oh, okay.  I'm Jim Stokes, and I

23   represent Bruce and Connie Oyler.  I've got a few questions

24   here.

25                    EXAMINATION BY MR. STOKES

1   BY MR. STOKES:

2   Q    Since we were just talking about the building or the

3   Corridors, I've got a few questions on that.

4        Now, I understand that you had an appraisal done three

5   years ago for $29 million market value and $24 million income

6   value.  I take it that was not your appraisal, since you didn't

7   buy the building until last year.  Is that one that the seller

8   showed you?

9   A    That was the appraisal done at that time, because we was

10  under contract to buy the building and the lender, U.S. Bank,

11  asked us to appraisal.  That was done.

12  Q    Okay.  When did you enter into a contract to buy the

13  Corridor building?

14  A    In 2003.

15  Q    And who did you buy it from?

16  A    From Nuri Hakeem, Eddie Hakeem, and Jack Hakeem, and Penny

17  Realty.

18  Q    Okay.

19  A    There was four owners.

20  Q    Four owners.  Would you give me those names again?  Nuri?

21  A    Nuri Hakeem.

22  Q    Nuri Hakeem?

23  A    Eddie Hakeem.

24  Q    Eddie Hakeem?

25  A    Edward.  Edward Hakeem.

1    Q    Edward Hakeem?  Okay.

2    A    And Jack Hakeem.

3    Q    All right.

4    A    And Penny Realty.

5    Q    Penny?

6    A    Realty.

7    Q    Reality?

8    A    Yeah.  Realty.

9    Q    Okay.  Is that a person's name or is that a company?

10    A    Is a company.

11    Q    Penny Realty?  Okay.  Like a real estate company?

12    A    Real estate company, yeah.

13    Q    Okay.  And what was your contract -- how much was the

14 contract to buy the building?

15    A    $30 million.

16    Q    $30 million?  And did you have that appraisal done or did

17 they have that done?

18    A    I had done that one.

19    Q    Okay.  And how much did you pay them at that time to enter

20 into the contract?

21    A    $40,000.

22    Q    Okay.  40?  And as part of the contract, --

23    A    That was the down payment we put with the title company.

24    Q    All right.  And did you occupy the building after that

25 time?

```
 1  A    Oh, yeah, we have offices there.
 2  Q    I mean, did you occupy and manage the whole building at
 3  that point?
 4  A    No.  No, no, no.  We never have that until we close the
 5  building.
 6  Q    And you closed in July in '05?
 7  A    Yes, sir.
 8  Q    Okay.  Now, Joe Zalta was the manager.  Was he one of the
 9  owners of the -- prior to the sale?
10  A    No.
11  Q    Okay.  And Joe continued to manage it?
12  A    Yes, until November, yeah.
13  Q    Okay.  And you say you spent about $9 million fixing up
14  the building?
15  A    $5 million in the buildings.  Rest for my refinery.
16  Q    Okay.  You spent $5 million on the building?
17  A    Yeah.
18  Q    And $4 million on your refinery?
19  A    Yes.
20  Q    Okay.  So $4 million had nothing to do with --
21  A    No.
22  Q    I believe you told Mr. Rosen you spent about half of that
23  $9 million prior to --
24  A    So that is the $5 million, close to $5 million.
25  Q    How much of the $5 million -- okay.  How much did you
```

1    spend fixing up the building?

2    A    That's the total amount I gave you.  $5 million.

3    Q    Okay.  And you spent that before you bought the building?

4    A    Yes, sir.  From 2003 until the closing.  That was the

5    commitment with them was.

6    Q    All right.  So the $4 million has nothing to do with the

7    Corridors?

8    A    No.

9    Q    Okay.  And what did that have to do with the refinery?

10   What was that $4 million for?

11   A    We was improving all the equipment over there.  We are

12   contracting the people to buy the equipments and everything.

13   Q    And did you have any further appraisals done of the

14   Corridors before you bought it?

15   A    No.

16   Q    Do you know what it's on the tax rolls for?

17   A    I don't know.  After the closing, we submit to the

18   Appraisal District $13 million.

19   Q    Do you think the building is really worth anywhere close

20   to that figure?

21   A    I don't -- I have no knowledge.

22   Q    How much have you actually paid for the purchase of the

23   building?

24   A    $12.3 [million].

25   Q    You paid $12.3 [million]?

Rashid Examination                                    39

1   A    Uh-huh.

2   Q    Is it paid for or do you still have a note on the

3   building?

4   A    There are notes.  One first $11 million, and a $1.3

5   [million].

6   Q    Okay.  So those notes you show on here are -- okay.  Now,

7   as far as Mr. Hendricks, you show him to be your Chief

8   Financial Officer?

9   A    Yes, on a contract basis.

10  Q    All right.  Now, getting back to the deal with my clients,

11  you borrowed, in conjunction with JB Trays, you personally and

12  Global Empire and JB Trays and Jesse Botello personally, about

13  $558,000.  Is that correct?

14  A    No.

15  Q    Okay.  Then why did you execute a note for $550,000 to --

16  A    Because at that time we had a contract with JB Trays to

17  borrow the JB Trays and we help them to get their jobs done.

18  Q    About half of the money from -- my understanding is, as

19  far as that loan that my clients took out, borrowed against

20  their house, to get you some operating capital, and about

21  $90,000 went to repay a loan that Mr. Botello owed to my

22  client, and the balance was split equally between you and Mr.

23  Botello.  Is that --

24  A    No, I have no knowledge of that.  $90,000 was paid to his

25  mother because he was very desperate to take care of his

Rashid Examination

40

1   mother.

2   Q    Now, he --

3   A    And the rest of the money, he has arrangement with Jesse

4   Botello and him.  I am not a part of that.

5   Q    But you received approximately $225,000 to -- in excess of

6   $200,000 from this deal --

7   A    We did that, and we paid back.  We kept the mortgage

8   payment monthly, nine -- eight thousand dollar plus, until they

9   refinance their property, and that is I think excess of the

10  amount what we got.

11  Q    How many months did you pay that $8,000 a month?

12  A    I have no idea.  I will give you all the records, if you

13  like to.

14  Q    I've seen your --

15  A    Because you already have a lawsuit on that.

16  Q    Right.  I understand --

17  A    Yes.

18  Q    -- that you claim you've paid back about $119,000 on the

19  note.

20  A    Yes.  We --

21  Q    That was mostly interest, though, wasn't it?

22  A    What, sir?

23  Q    That was mostly interest, wasn't it?  Because the

24  underlying loan was an 18 percent loan?

25  A    Whatever the deal is, that the interest payment we kept,

Rashid Examination                                        41

1    that they will not lose their home.

2    Q    Okay.  Did you --

3    A    And that was -- there is no commitment on that one that we

4    kept that one paying.

5    Q    Other than those payments that you don't remember how long

6    you made, you did not repay the loan.  Correct?

7    A    No.

8    Q    And you don't --

9    A    Because we have a dispute with the JB Trays that the JB

10   Trays took the rest of the money, and we have with them on that

11   one.

12   Q    Okay.  Are you saying that JB Trays got the money?

13   A    Yes.  For the rest of the money goes back to them.

14   Q    Okay.  Did you take the money that you received and

15   transfer it to JB Trays?

16   A    No, not me.

17   Q    Okay.  How did it go to JB -- how did JB --

18   A    They sent to JB Trays.

19         MR. FUQUA:  He's saying he didn't get any money.

20   BY MR. STOKES:

21   Q    You received half of the money initially, didn't you?

22   A    No.  We paid the --

23   Q    It was wired into your account.

24   A    Yes.  That -- that money which we got is not half.

25   Q    How much was it?

Rashid Examination

42

1  A    I don't -- I have no knowledge.  I have to check the

2  figures.

3  Q    Okay.  But you had a substantial sum wired into your

4  account, correct?

5  A    I will check the books.  I will give you that answer.  I

6  don't have it today.

7  Q    All right.  And then did you transfer any of that part

8  that you received to JB Trays?

9  A    I have no knowledge.  I will look in that one.  I'll let

10  you know.

11  Q    Now, isn't it true that Mr. Hendricks, your CFO, set this

12  financing up initially?

13  A    That, he did that.  He did that one with JB Trays.

14  Q    Was that one of the deals you were talking about --

15  A    He was independent.  At that time, he was not our CFO.

16  Q    When did he become your CFO?

17  A    He become in 2004.

18  Q    2004?

19  A    Uh-huh.

20  Q    And you're going to provide the projects and the financing

21  he set up to document a $2 million you claim you owe him?

22  A    Uh-huh.

23  Q    You said you're borrowing a million dollars from Abul --

24  is it Hassan?

25  A    Yeah.  Hussain.

1   Q    Hussain?  And he's a relative of yours?

2   A    No, he's a friend of our family.

3   Q    He's a friend of the family?

4   A    Uh-huh.

5   Q    Okay.  And the whole loan is coming from him, one million

6   bucks?

7   A    Yes.

8   Q    Have you been able to replace the -- now, the law firms,

9   were they in Corridor I or II or both, or do you know?

10  A    I don't know.

11  Q    Well, you say that Corridor I is 70-75 percent leased.  Is

12  that after the law firms have left, or have they been replaced

13  by other tenants?

14  A    They were replaced with the other tenants we are in

15  process of bringing in.

16  Q    Okay.

17  A    Uh-huh.

18  Q    Was Jeffrey Stern one of the --

19  A    I think that was one of them.

20  Q    -- a principal of one of the firms, and they had most of

21  one of the floors?  About half.

22  A    Half.  Half of that, yeah.

23  Q    But you don't know the other law firms?

24  A    No, I don't have those names.  But I can give you that.

25  Q    All right.

1  A    Uh-huh.

2           MR. STOKES:  That's all I have.

3           A VOICE:  Thank you.  Going back to --

4              EXAMINATION BY UNIDENTIFIED CREDITOR

5  BY A VOICE:

6  Q    The Mohawk Refinery in Chambers County that my client

7  foreclosed on has storage tanks, top-off tanks, 25, 35, 45

8  years old on the property.  You're aware of that, aren't you?

9  A    35 years old?

10 Q    Anywhere from -- they're older than 10 years old.

11 A    All right.

12 Q    Correct?  Yes?

13 A    Uh-huh.

14 Q    And --

15 A    They are in good conditions.

16 Q    They are in good condition?

17 A    Uh-huh.

18 Q    You've expended about $4 million on equipment.  That

19 equipment was intended to be brought onto the property --

20 A    Yes, but we -- we clean up.  We spend more than million

21 dollars to clean up and maintain the -- maintain that facility

22 until we bring the new stuff in.

23 Q    Where is the new stuff, is what I want to know, that you

24 spent, well, then $3 million?

25 A    We bought that one we have under contract with different

1   providers.

2   Q    Well, where is the equipment itself physically located as

3   we speak?

4   A    Is not physically located, but is -- they have the -- they

5   are acquiring for us to bring that one onto the place when we

6   are ready.

7   Q    And you've already paid $3 million for that equipment?

8   A    We already are under contract with them, yes.

9   Q    Well, I guess I really would like an answer is, have you

10  actually paid --

11  A    Not yet.  Not yet.

12  Q    -- $3 million?

13  A    Not yet.  Some of the payment we did, but not yet the

14  complete.

15  Q    So at least, of that $10 million, of which $5 [million]

16  was for Corridor spending and $5 [million] you relate to Mohawk

17  Refinery, --

18  A    Uh-huh.

19  Q    -- at least $3 million is for equipment that you have not

20  paid for yet?

21  A    No.

22  Q    So you've not expended that $3 million yet?

23  A    No, not yet.

24  Q    Okay.  And the $1 million you say you've expended to

25  improve the actual property --

1  A    Yes.

2  Q    -- in Chambers County, --

3  A    Uh-huh.

4  Q    -- you have receipts for all that?

5  A    Yeah.

6  Q    And you have records to show that you paid that $1 million

7  --

8  A    Yes.  Uh-huh.

9  Q    -- on behalf of the company?

10  A    Yeah.

11  Q    What kind of improvements were done for $1 million on that

12  property?

13  A    We clean up everything.  We did a lot of work there.

14  Q    Well, clean up exactly what?

15  A    We maintain the refinery.  We poured the dirt over there.

16  We had a lot of -- a lot of improvement we did there.

17  Q    Please describe the improvement that was actually done

18  there.

19  A    Well, the improvement done, we build up the road.  We have

20  a lot of things we did over there.  I can explain you that.  I

21  am not day-to-day over there.  We have people continuously

22  working there.

23  Q    Well, I'm at a loss, because we had people there every

24  week for three (obscured by coughing), and there was virtually

25  no activity except the transfer of oil occasionally.

1    A    As far --

2    Q    Once a week, once a month.

3    A    As far as is my knowledge, we have permanent people

4    working there.

5    Q    So you actually paid this million out on improvement?

6    That's already spent?

7    A    Yeah, already spent.

8    Q    And you have receipts to show that you gave that million

9    dollars?

10   A    Sure.   That we can provide you.

11   Q    And you have accounts?

12   A    Uh-huh.

13   Q.   And that came out of the company accounts that were in

14   bankruptcy here?

15          MR. FUQUA:  No.

16          THE WITNESS:  No, no, no, no, no.   That's --

17          MR. FUQUA:  Remember, Mohawk is a subsidiary.

18   BY A VOICE:

19   Q    Okay.   You have accounts for Mohawk?

20   A    Yeah, we have a Mohawk account, too.

21   Q    And the Mohawk will show this million dollars coming out?

22   A    No.   We have in different -- in different companies, we

23   finance that.

24   Q    What companies paid out this million dollars?

25   A    They are separate entity called Prime Energy.

Rashid Examination

48

1    Q    Okay.   Prime Energy?

2    A    Uh-huh.

3    Q    And Prime Energy is actually an operating company?

4    A    Yeah.

5    Q    Prime Energy was intended to take over one of the

6    buildings in Corridor I.   Isn't that correct?

7    A    No.

8    Q    So if you have proposals showing Prime Energy as --

9    location as being Corridor II, taking over the entire building,

10    those would no longer be in effect?

11    A    No.

12    Q    Okay.   But that was the intention when you took over the

13    refinery, wasn't it?

14    A    No.

15    Q    Does Prime Energy actually have employees?

16    A    Yes.   Couple of them.

17    Q    Where are they?

18    A    They are here in Corridor, in our office.

19    Q    Same employees that work for Galleria?

20    A    No.

21    Q    So what are the names of these employees of Prime Energy?

22    A    We have one is called John Barades.

23    Q    John?

24    A    Barades.   B-A-R-A-D-E-S.

25    Q    Who else?

```
 1  A      And Feroz Dubash.

 2  Q      Can you spell that?

 3  A      F-E-R-O-Z.  D-U-B-A-S-H.

 4  Q      Okay.  And they're being paid by Prime Energy now?

 5  A      Yeah.

 6  Q      And Prime Energy has an account --

 7  A      Yeah.

 8  Q      -- in Houston?  And Prime Energy is paying them -- what

 9  does Prime Energy do?

10          MR. FUQUA:  Wait.  I'm being really pretty nice about

11  -- this is really Empire.

12          A VOICE:  Okay.  All right.  Let me get down to it

13  this way.

14          MR. FUQUA:  I'm trying to let you guys ask any

15  question that occurs, but --

16          A VOICE:  Well, this $10 million is claimed in this.

17          MR. FUQUA:  Uh-huh.

18          A VOICE:  Of that, it's a debt that we're now finding

19  is funds paid for by Prime Energy, so I think that would allow

20  me --

21          THE WITNESS:  Is my personal money.

22          MR. FUQUA:  No, it's been his personal money.  Empire

23  is not --

24          THE WITNESS:  It's not Prime Energy's money or

25  anybody's money.  It's my personal money.
```

Rashid Examination

1          A VOICE:  But you're claiming on your schedules --

2          THE WITNESS:  Yes.  This is my personal money.

3          A VOICE:  -- that you want that money back from the

4    company.

5          MR. FUQUA:  Right, and any party in interest can

6    object to any claim at a confirmation.

7          A VOICE:  Okay.

8    BY A VOICE:

9    Q    Does Prime Energy have any contracts now with JB Trays?

10   A    No.

11         A VOICE:  Just a couple of questions.

12               EXAMINATION BY UNIDENTIFIED CREDITOR

13   BY A VOICE:

14   Q    Prime Energy:  Prime Energy is not a subsidiary of Global

15   Empire?

16   A    No.  Is independent company.

17   Q    Okay.  The Hendricks commission:  The Hendricks commission

18   would be based only on this refinery, this Mohawk Refinery, and

19   the office --

20   A    No, no, no.  He's traveling for us overseas many times,

21   and he's involved in our international business, so that is his

22   commission is.

23   Q    But none of those projects have come to fruition?

24   A    They are in the progress.  They are working since last two

25   years on that.

Rashid Examination                                            51

1   Q    Okay.  But I think you told me earlier, Global Empire

2   hadn't made any investments in any --

3   A    Not Global Empire.  We have different companies.  We

4   operate under that.

5   Q    So he was --

6   A    Global Empire is only a simple holding company.

7   Investment company.  That's all.

8   Q    Okay.

9   A    Global is not a regular entity that we done the business

10  through there.  Is investment and holding company.  That's all

11  we do under Global Empire.

12  Q    Okay.  So Petrol Oil Services, is that a company?

13  A    Yes.

14  Q    Okay.  Does it have any employees?

15  A    Not yet.

16  Q    Okay.  What about Prime Stops, LLC?

17  A    We are acquiring some gas stations.  That is under that

18  company.

19  Q    Okay.  Have you acquired any yet?

20  A    No, not yet.  We are under contract.

21  Q    What about Crown NRG Refinery?

22  A    Yes.  In Lake Charles.

23  Q    Is it a company?

24  A    Yeah.

25  Q    Okay.  And is that a company that Global Empire has any

1   interest in?

2   A    No.

3   Q    Does it have employees?

4   A    Not yet.

5   Q    What about World Times Communications, LLC?

6   A    That's independent company.

7   Q    Okay.  Does it exist?

8   A    Yeah.

9   Q    Does it have employees?

10  A    Yes.

11  Q    Okay.  Does Global Empire have an interest?

12  A    No.

13  Q    Just out of curiosity, what World Times Communications do?

14  A    Is a telephone company.  We provide the -- we provide

15  telephone services, prepaid.  That we do.

16  Q    Where is that company located?

17  A    In 5851 Southwest Freeway.

18  Q    But is it -- it's not associated with Global Empire?

19  A    No.

20  Q    Okay.  What about --

21        MR. FUQUA:  The first question was it was not a

22  subsidiary of Global Empire.  Is it?

23        THE WITNESS:  No, is not.

24        MR. FUQUA:  It's not?  Okay.  I just want to make

25  sure that I understand.

Rashid Examination                    53

1        A VOICE:  I want to be clear.  When I use the term

2   "subsidiary," with respect to these companies I've just named,

3   I'm referring to companies in which you may own -- Global

4   Empire may own an interest.

5        THE WITNESS:  No, Global Empire don't own interest in

6   any one of them.  They are all independent.

7   BY A VOICE:

8   Q    Okay.  First American Source Realty?

9   A    Yeah.  Independent company.

10  Q    Okay.  Does it have employees?

11  A    No.

12  Q    Does it exist?

13  A    It exists, but does not.

14  Q    What about First American Source Mortgage?

15  A    No.

16  Q    And do -- you mentioned two companies -- I believe World

17  Times Communications and Prime Energy -- that actually did have

18  employees.  Do these companies pay rent to --

19  A    Yes.

20  Q    -- your building?

21  A    Yeah.

22  Q    Okay.  I want to ask about another one, which is this

23  casino.  Give me a second.  The Myriad Casino and Entertainment

24  Complex.

25  A    We are involved in that one to develop that one in

1  Mississippi.

2  Q    Okay.

3  A    We are not yet start that one.  We're working on the

4  financing on that.

5  Q    Okay.  Does Global Empire have any interest in --

6  A    No.

7  Q    When you say you are working on financing, is that you're

8  working on financing to buy that?

9  A    We are going to build that.

10 Q    Build that?

11 A    Is not a buying.  Is not -- doesn't exist yet.

12 Q    Okay.

13          MR. FUQUA:  Nothing exists in Mississippi at the

14 moment.

15          MR. STATHAM:  Okay.  Other creditors with questions?

16          MR. STOKES:  I have a couple more on that.

17 BY MR. STOKES:

18 Q    As far as Mr. Hendricks and his commissions, how many were

19 actually attributable to Global?  You say he worked for other

20 companies of yours overseas.

21 A    What, sir?

22 Q    Well, I believe you said that Mr. Hendricks did work for

23 other companies of yours, including Prime Energy?

24 A    Uh-huh.

25 Q    Now, Prime Energy is not a subsidiary, but it's a company

1  that you own?

2  A    I own.

3  Q    Okay.  And how much of that $2 million is attributable to

4  Prime Energy or companies other than Global?

5  A    Is I think majority of the Prime Energy.

6  Q    So most of that $2 million is actually owed --

7  A    Prime Energy and -- I think half and half on Global and

8  for Prime Energy.

9  Q    So out of that $2 million, about half of that's

10  attributable to Global?

11  A    Yeah.

12  Q    All right.  So the other half is to a company that is not

13  connected to Global directly, --

14  A    No, is not connected.

15  Q    -- but to you?

16  A    Yeah.

17  Q    Okay.  And what is your relationship -- or, Global -- what

18  is Global's relationship to JB Trays?

19  A    No relationship anymore.  We --

20  Q    Well, anymore?  What was your relationship, then?

21  A    Before, we was acquiring that one, we thought that is a

22  good addition to our energy plan, what we want to do, because

23  it's just service company.  And --

24  Q    What happened to that?

25  A    -- after that, we found out that is no good for us, so --

1  Q    When did -- when were deciding to buy JB Trays?

2  A    I think it was in 2003 sometimes.

3  Q    Is that how you were connected with the -- now, the money

4  that you borrowed from my clients was in conjunction with

5  buying some properties in Humble (phonetic).  Is that correct?

6  A    I have no idea that.

7  Q    That was secured by property either owned or being bought

8  by JB Trays?

9  A    That was their property.

10 Q    Okay.  Well, why did you -- I mean, you're on the note,

11 too.  Why did you take on the note?

12 A    We are only the note part which we got the money.  The

13 rest, JB Trays owed them, and they are between their

14 businesses.

15 Q    Okay.  Well, what was the loan to you for?

16 A    For our -- I don't know.  At that time, we need some

17 improvements done or something in the buildings and that we

18 needed.

19 Q    For the Corridors or --

20 A    Yes.  Corridors.

21      MR. STOKES:  That's all I have.

22      MR. STATHAM:  Any other questions from creditors?

23      A VOICE:  No.

24      MR. FUQUA:  I'm not a creditor, so --

25      MR. STATHAM:  In that case, we will conclude this

1 | meeting of creditors.  Thank you for attending.

2 |     (Meeting concluded at 11:38 a.m.)

3 |                    --oOo--

4

5

6

7

8

9

10

11

12

13

14

15

16

17 |                 CERTIFICATE

18 |     I certify that the foregoing is a correct transcript from

19 | the electronic sound recording of the proceedings in the above-

20 | entitled matter.

21

22 | *Kathy Rehling*                          1/3/2008

23 | Kathy Rehling, Transcriber                Date

24 | Approved Transcription Service

25 | Administrative Office of United States Courts

58

INDEX

PROCEEDINGS                                                    3


WITNESSES

Mohammed Rashid
- Examination by Mr. Statham                                   2
- Examination by Mr. Parham                                   13
- Examination by Mr. Rosen                                    24
- Examination by Mr. Stokes                                   34
- Examination by Unidentified Creditor                        44
- Examination by Unidentified Creditor                        50
- Examination by Mr. Stokes                                   54


EXHIBITS                                              Marked   Rec'd


END OF MEETING                                                57


INDEX                                                         58