# EXHIBIT "4"

# Bankruptcy Schedules

Form 6-Summary
(10/05)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   **05-95389-H1-11**

CHAPTER   **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.  Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities.  Individual debtors must also complete the "Statistical Summary of Certain Liabilities."

### AMOUNTS SCHEDULED

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | $24,000,000.00 | | |
| B - Personal Property | Yes | 18 | $183,922.24 | | |
| C - Property Claimed as Exempt | No | | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | $12,800,000.00 | |
| E - Creditors Holding Unsecured Priority Claims | Yes | 1 | | $0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 2 | | $12,896,000.00 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | | | | N/A |
| Total > | | | $24,183,922.24 | $25,696,000.00 | |

TRUE COPY I CERTIFY
ATTEST: 12/5/07
MICHAEL N. MILBY, CLERK
By _____
Deputy Clerk

Form B6A
(10/05)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:  **Global Empire Investments And Holdings, LLC**

CASE NO    05-95389-H1-11

CHAPTER    11

## SCHEDULE A - REAL PROPERTY

| Description and Location of Property | Nature of Debtor's Interest in Property | | Current Value of Debtor's Interest in Property, Without Deducting Any Secured Claim or Exemption | Amount Of Secured Claim |
|---|---|---|---|---|
| Land & buildings<br>1.5030 acres located in the H. Sanderson Survey, Abstract 725, Harris County, Texas<br><br>1.1836 acres located in the H. Sanderson Survey, Abstract 725, Harris County, Texas | Fee Simple | | $24,000,000.00 | $12,800,000.00 |
| | | Total: | $24,000,000.00 | |

(Report also on Summary of Schedules)

Form B6B
(10/05)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   05-95389-H1-11

CHAPTER   11

## SCHEDULE B - PERSONAL PROPERTY

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 1. Cash on hand. | X | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Bank of America, N.A.<br>for Global Empire Investments holding, LLC<br>Debtor-in-Possession<br>5821 Southwest Freeway, Suite 500<br>Houston, TX  77057-7502<br>Account No. 0058 6281 5001 | $159.00 |
| | | Bank of America<br>Acct No. 005778146903 | $978.00 |
| | | Metro Bank<br>Account No. 1162239 | $2,232.24 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | Debtor has no security deposits. | $0.00 |
| 4. Household goods and furnishings, including audio, video and computer equipment. | X | | |
| 5. Books; pictures and other art objects; antiques; stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | |
| 6. Wearing apparel. | X | | |
| 7. Furs and jewelry. | X | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | |
| | | Total > | $3,369.24 |

Form B6B
(10/05)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   05-95389-H1-11

CHAPTER   11

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 1*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | |
| 10. Annuities.  Itemize and name each issuer. | X | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars.  (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans.  Give particulars. | X | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | 100% ownership of Mohawk Refining & Marketing, LLC (foreclosed October, 2005) | Unknown |
| | | 100% ownership of Galleria Corridor, LLC, Debtor's management company | $1,000.00 |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | |
| 16. Accounts receivable. | | Debtor has no accounts receivable. | $0.00 |
| | | Total > | $4,369.24 |

Form B6B
(10/05)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   05-95389-H1-11

CHAPTER   11

# SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 2*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled.  Give particulars. | X | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | |
| 19. Equitable or future interests, life estates, and rights or powers exercis-able for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | |
| 21. Other contingent and unliqui-dated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims.  Give estimated value of each. | | Counterclaim filed<br>Cause #2005-68115<br>#157th Judicial District Court, Harris County, TX<br>Bruce Oyler & Connie Huebner Oyler v. Global Empire Investments & Holdings, LLC, et al. | Unknown |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | |
| | | Total  > | $4,369.24 |

Form B6B
(10/05)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:    **Global Empire Investments And Holdings, LLC**

CASE NO    **05-95389-H1-11**

CHAPTER    **11**

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 3*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | |
| 26. Boats, motors, and accessories. | X | | |
| 27. Aircraft and accessories. | X | | |
| 28. Office equipment, furnishings, and supplies. | | Office  #1   Value<br>1  small  metal  file  $100.00<br>1  wood  top  file  $120.00<br>2  guest  chairs  $150.00<br>1  desk  chair  $100.00<br>1   telephone   $100.00<br>1  desk  w/credenza  $500.00<br>Office  #2<br>2  long  metal  file  $500.00<br>2  guest  chairs  $150.00<br>1  desk  chair  $100.00<br>1   telephone   $75.00<br>2  comp.  speakers  $150.00<br>1  comp.  mouse  $25.00<br>1  comp.  keyboard  $40.00<br>1  desk  w/credenza  $350.00<br>1   typewriter   $100.00<br>1   plant   $40.00<br>Office  #3<br>2  small  metal  file  $200.00<br>1  desk  chair  $100.00 | $154,553.00 |
| | | Total > | $158,922.24 |

Form B6B
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   05-95389-H1-11

CHAPTER   11

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 4*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1   desk   $250.00<br>1   guest chair $50.00<br>1   safe   $150.00<br>1   fax machine $200.00<br>4   long metal file $1,000.00<br>1   telephone   $100.00<br>1   comp. mouse $20.00<br>Conference   Room<br>1   metal file $250.00<br>1   telephone   $100.00<br>1   credenza   $200.00<br>1   table   $300.00<br>6   chairs   $600.00<br>1   eraser board $50.00<br>Conference Room Front of Recept.<br>6   chairs   $1,800.00<br>1   table   $1,000.00<br>1   plant   $50.00<br>1   metal file $100.00<br>1   eraser board $50.00<br>1 liquid air machine $150.00<br>Guest Waiting Room<br>2   lamps   $150.00<br>1   fake tree $50.00<br>1   telephone   $100.00<br>2 love seats $800.00<br>2   corner tables $200.00<br>2   sofas   $1,200.00<br>1   television   $400.00<br>1   table   $150.00<br>1   antena   $50.00<br>Break   Room<br>6   chairs   $450.00<br>1   table   $250.00<br>1 time amano pix-55 $100.00<br>1 liquid air machine $150.00<br>2 coffee makers $100.00<br>1   microwave   $150.00 | | |
| | | | Total  > | $158,922.24 |

Form B6B
(10/05)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   05-95389-H1-11

CHAPTER   11

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 5*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 1  metal  file  $100.00<br>2  plant  trees  $100.00<br>1  advertiser  poster  $150.00<br>Copy    Room<br>1  big  copy  machine  $5,000.00<br>1  metal  file  $100.00<br>1   telephone    $100.00<br>Real  Estate  Cubicles<br>7  desk  chairs  $700.00<br>1  guest  chair  $75.00<br>1  eraser  board  $50.00<br>3  poster  boards  $150.00<br>10  sm  desks  $2,000.00<br>2  real  estate  posters  $150.00<br>Lisa  &  Sue's  Office<br>2  metal  files  $250.00<br>2  desks  w/credenza  $1,000.00<br>3  guest  chairs  $225.00<br>2  desk  chair  $200.00<br>wood   file   $150.00<br>1  small  counter  top  $75.00<br>2  small  metal  files  $200.00<br>1   credenza    $150.00<br>2   telephones   $200.00<br>2  computer  monitors  $200.00<br>4  computer  speakers  $300.00<br>2   cpu's   $500.00<br>1  printer  HP  $250.00<br>Pat  Butlers  Office<br>1  desk  chair  $100.00<br>1  long  metal  file  $250.00<br>1  comp.  monitor  $100.00<br>1  comp.  mouse  $20.00<br>1  com.  Keyboard  $25.00<br>1   telephone   $75.00<br>1  counter  top  $100.00<br>1   cpu   $250.00<br>1   desk   $250.00 | |
| | | **Total >** | **$158,922.24** |

Form B6B
(10/05)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   **05-95389-H1-11**

CHAPTER   **11**

**SCHEDULE B - PERSONAL PROPERTY**
*Continuation Sheet No. 6*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | Mark's   Office | |
| | | 1  book  shelf  $100.00 | |
| | | 2  desks  w/credenza  $500.00 | |
| | | 1  desk  chair  $100.00 | |
| | | 1  comp.  monitor  $100.00 | |
| | | 1    cpu   $250.00 | |
| | | 2  comp.  speakers  $150.00 | |
| | | 1   telephone   $100.00 | |
| | | 1  printer  HP  $250.00 | |
| | | 1  com.  Keyboard  $35.00 | |
| | | 1   mouse   $20.00 | |
| | | 2  metal  files  $150.00 | |
| | | 2  guest  chairs  $150.00 | |
| | | 1  long  metal  file  $250.00 | |
| | | Last Door Offices #2 | |
| | | 1  long  metal  file  $250.00 | |
| | | 3  desk  chairs  $300.00 | |
| | | 2  sm.  Metal  files  $200.00 | |
| | | 1  long  table  $150.00 | |
| | | 1  desk  metal  wood  $250.00 | |
| | | 1   telephone   $100.00 | |
| | | 1   monitor   $150.00 | |
| | | 1   keyboard   $25.00 | |
| | | Office  #3 | |
| | | 1  desk  chair  $100.00 | |
| | | 1   desk   $300.00 | |
| | | 1  metal  file  $150.00 | |
| | | 2  light  bulbs  $200.00 | |
| | | Office  #4 | |
| | | 1  big  book  shelf  $100.00 | |
| | | 1  sm.  Metal  file  $100.00 | |
| | | 1  long  metal  file  $150.00 | |
| | | 1   desk   $350.00 | |
| | | 1  sm.  Table  $100.00 | |
| | | 1  big  table  $150.00 | |
| | | 2  desk  chairs  $200.00 | |
| | | 1  guest  chair  $75.00 | |
| | | Office  #5 | |
| | | | Total >   $158,922.24 |

Form B6B
(10/05)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   05-95389-H1-11

CHAPTER   11

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 7*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1  metal  file  $100.00<br>1  sm.  Table  $150.00<br>1  telephone  $100.00<br>1  fake  tree  $50.00<br>1  desk  $350.00<br>1 wall poster board $50.00<br>Office  #6<br>1  metal  file  $350.00<br>1  desk  $250.00<br>1 desk  chair $100.00<br>Vickie's  Room<br>2  guest  chairs  $150.00<br>2  desks  w/credenza  $700.00<br>1  monitor  $150.00<br>2  hard  drives  $500.00<br>1 printer HP $150.00<br>1  mouse  $20.00<br>1  keyboard  $25.00<br>1 modified  credenza  $250.00<br>1  fake  tree  $50.00<br>1  paper  shredder  $75.00<br>Hendrix  Office<br>2  fake  trees  $200.00<br>1 long coat hanger $150.00<br>2 big guest chairs $1,000.00<br>1 big  sofa  $2,500.00<br>2  love  seats  $3,000.00<br>1 round  coffee  table  $500.00<br>1  desk  $750.00<br>1  telephone  $100.00<br>1 modified  credenza  $350.00<br>1  monitor  $400.00<br>1  keyboard  $25.00<br>1 sm copy machine $250.00<br>1  credenza  $350.00<br>1  book  shelf  $450.00<br>1  paper  shredder  $75.00<br>1  fake  tree  $100.00 | | |
| | | | Total > | $158,922.24 |

Form B6B
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Global Empire Investments And Holdings, LLC**          CASE NO   05-95389-H1-11

CHAPTER   11

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 8*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1  fake  tree  $100.00<br>1   cpu    $500.00<br>1   lamp   $150.00<br>World  Time  Comm.<br>Front   Desk<br>1  comp.  monitor  $150.00<br>1   telephone   $100.00<br>1  printer  HP  $500.00<br>1  desk  w/credenza  $350.00<br>1  metal  file  $100.00<br>1  desk  w/counter  top  $350.00<br>2  desk  chairs  $200.00<br>1   cpu    $500.00<br>1  fax  machine  $250.00<br>1  time  amano  pix-55  $150.00<br>1   mouse   $20.00<br>1   keyboard   $25.00<br>3  guest  chairs  $225.00<br>1   table    $100.00<br>Office   #1<br>1   Server   $10,000.00<br>1   telephone   $100.00<br>1   desk   $250.00<br>1  desk  chair  $100.00<br>1  wood  file  $125.00<br>1  metal  file  $200.00<br>Office   #2<br>1  sm  book  shelf  $75.00<br>1   telephone   $100.00<br>1  desk  chair  $100.00<br>1  metal  file  $75.00<br>2  desks  w/modified  credenzas  $700.00<br>Office   #3<br>1  eraser  board  $50.00<br>1   telephone   $100.00<br>1  metal  file  $150.00<br>1  book  shelf  $100.00<br>1  desk  w/modified  credenza  $350.00 | | |
| | | | Total > | **$158,922.24** |

Form B6B
(10/05)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**              CASE NO   **05-95389-H1-11**

                                                                       CHAPTER   **11**

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 9*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
|  |  | 1  comp  monitor  $150.00<br>1   mouse   $350.00<br>1   cpu   $250.00<br>1   keyboard   $25.00<br>1  printer  HP  $300.00<br>1  wood  file  $100.00<br>2  guest  chairs  $150.00<br>1  desk  chair  $100.00<br>Office  #4<br>2   desks   $500.00<br>1   telephone   $100.00<br>2  guest  chairs  $150.00<br>1  desk  chair  $100.00<br>1   credenza   $100.00<br>2  book  shelfs  $200.00<br>1  wood  file  $120.00<br>Office  #5<br>1  modified  credenza  $125.00<br>4   telephones   $400.00<br>1   desk   $250.00<br>1   monitor   $150.00<br>1   cpu   $350.00<br>2  comp  speakers  $150.00<br>1   mouse   $20.00<br>1   keyboard   $25.00<br>2  desk  chairs  $200.00<br>1  guest  chair  $75.00<br>1  metal  file  $150.00<br>Outside   Cubicles<br>6  cubicles  w/shelves  $3,600.00<br>6  metal  files  $450.00<br>1  desk  chair  $100.00<br>Break   Room<br>1  coffee  maker  $50.00<br>1   microwave   $100.00<br>1  liquid  air  $100.00<br>1   refrigerator   $600.00<br>1   table   $200.00 |  |
|  |  |  Total >  | **$158,922.24** |

Form B6B
(10/05)

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

IN RE:   **Global Empire Investments And Holdings, LLC**          CASE NO   **05-95389-H1-11**

CHAPTER   **11**

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 10*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 3 chairs $225.00<br>Other Side of Offices<br>2 cubicles w/shelves $1,200.00<br>1 telephone $100.00<br>2 metal files $200.00<br>Break RM<br>1 eraser board $50.00<br>1 metal file $100.00<br>1 copy machine $250.00<br>Conference Room<br>8 desk chairs $1,200.00<br>2 picture frames $300.00<br>1 table $500.00<br>1 eraser board $75.00<br>1 liquid air $100.00<br>1 book shelf $100.00<br>1 stand $150.00<br>1 tv $500.00<br>Office Next to Conference Room<br>1 metal file $125.00<br>4 cubicles w/shelves $2,400.00<br>2 desk chairs $200.00<br>4 metal files $400.00<br>Last Office<br>2 cubicles w/shelves $1,200.00<br>1 book shelf $125.00<br>2 metal files $200.00<br>1 telephone $100.00<br>Petro World Services<br>Offices#1<br>1 desk $350.00<br>1 desk chair $100.00<br>Room Across<br>1 desk $350.00<br>1 desk chair $100.00<br>Offices#3<br>1 desk $350.00<br>1 desk chair $100.00 | |
| | | Total >                  $158,922.24 | |

Form B6B
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Global Empire Investments And Holdings, LLC**                    CASE NO   05-95389-H1-11

                                                                               CHAPTER    11

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 11*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 1  credenza   $250.00<br>Office  #4<br>1  metal file  $150.00<br>1  desk   $450.00<br>1  telephone   $100.00<br>1  desk chair  $100.00<br>11  carpets   $1,100.00<br>Office#5<br>2  metal files  $350.00<br>3  desks   $1,050.00<br>1  metal file  $150.00<br>3  desk chairs  $300.00<br>2  guest chairs  $150.00<br>1  eraser board  $50.00<br>1  sm. Metal file  $50.00<br>Office  #6<br>1  telephone   $100.00<br>1  lamp   $75.00<br>1  desk   $250.00<br>1  desk chair  $100.00<br>Conference   Room<br>1  large map  $100.00<br>1  table   $500.00<br>6  chairs   1200<br>4  book shelves  500<br>1  fake tree  50<br>1  tall wooden stand  75<br>1  key map  50<br>1  metal stand  75<br>Prime   Development<br>Cubicle#1<br>3  metal files  $450.00<br>1  metal file  $150.00<br>4  desk chairs  $400.00<br>4  sm. Metal files  $400.00<br>3  telephones   $300.00<br>Reception   Area<br>1  telephone   $100.00 | | |
| | | Total  > | | **$158,922.24** |

Form B6B
(10/05)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:  **Global Empire Investments And Holdings, LLC**   CASE NO   **05-95389-H1-11**

CHAPTER   **11**

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 12*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 1   monitor   $100.00 | |
| | | 1   keyboard   $25.00 | |
| | | 1   mouse   $20.00 | |
| | | 1   desk  chair  $100.00 | |
| | | 2   comp.  speakers  $150.00 | |
| | | 1   sm.  Credenza  $100.00 | |
| | | 1   cpu   $350.00 | |
| | | 1   lamp   $50.00 | |
| | | 3   plants   $150.00 | |
| | | 4   picture  frames  $400.00 | |
| | | 4   carpets   $400.00 | |
| | | Kitchen | |
| | | 1   microwave   $150.00 | |
| | | 1   dining  table  $400.00 | |
| | | 4   dining  chairs  $300.00 | |
| | | 2   coffee  makers  $100.00 | |
| | | 1   kitchen  gourmet  $100.00 | |
| | | 1   liquid  air  $150.00 | |
| | | 1   picture  frame  $100.00 | |
| | | 1   refrigerator   $500.00 | |
| | | Copy   Room | |
| | | 2   copy  machines  $5,000.00 | |
| | | 1   printer  HP  $350.00 | |
| | | 1   book  shelf  $125.00 | |
| | | 1   telephone   $75.00 | |
| | | 1   guest  chair  $75.00 | |
| | | 1   pitney  bowes  $0.00 | |
| | | 1   desk  w/credenza  $350.00 | |
| | | 1   large paper cutter $50.00 | |
| | | Conference   Room | |
| | | 8   desk  chairs  $1,600.00 | |
| | | 1   wooden  round  table  $1,000.00 | |
| | | 1   living  room  chair  $250.00 | |
| | | 1   couch   $1,000.00 | |
| | | 2   modified  credenzas  $700.00 | |
| | | 5   plants   $250.00 | |
| | | 1   telephone   $100.00 | |
| | | 4   rugs   $800.00 | |
| | | Total >    | $158,922.24 |

Form B6B
(10/05)

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   **05-95389-H1-11**

CHAPTER   **11**

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 13*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 1  tv  $1,000.00 | |
| | | 1 fake  tree  $50.00 | |
| | | 2  slamps  $150.00 | |
| | | 2  screen  frames  $400.00 | |
| | | 1   cpu   $250.00 | |
| | | Corridor  Between  Office-Break  RM | |
| | | 5 metal  file  cabs  $625.00 | |
| | | 2 metal  file  cabs  $150.00 | |
| | | Dr.  Rashid's  Small  Office | |
| | | 1 metal  file  cab  $150.00 | |
| | | 1 big  metal  file  cab  $300.00 | |
| | | 1 desk  w/credenza  $1,000.00 | |
| | | 1   telephone   $100.00 | |
| | | 1 printer  HP  $350.00 | |
| | | 1   monitor   $400.00 | |
| | | 1   keyboard   $50.00 | |
| | | 1   mouse   $50.00 | |
| | | 1 desk  chair  $750.00 | |
| | | 2 guest  chairs  $1,000.00 | |
| | | 2 paper  shredders  $200.00 | |
| | | 1   cpu   $500.00 | |
| | | Dr.  Rashid's  Conference  Room | |
| | | 1 eraser  board  $100.00 | |
| | | 1 metal  file  cab  $350.00 | |
| | | 1 tv  stand  $400.00 | |
| | | 1  tv   $1,500.00 | |
| | | 1   antenna   $100.00 | |
| | | 1 picture  frame  $500.00 | |
| | | 1 houston  TX  Harris  County  $500.00 | |
| | | 1 green  plant  $900.00 | |
| | | 1 guest  chair  $1,000.00 | |
| | | 1   desk   $2,500.00 | |
| | | 1   telephone   $100.00 | |
| | | 1 book  shelf  $500.00 | |
| | | 1 Executive  stationary  top  $150.00 | |
| | | 4 book  shelves  $1,200.00 | |
| | | 3 small  green  plants  $150.00 | |
| | | 1 metal  stand  $350.00 | |

| | Total > | **$158,922.24** |
|---|---|---|

Form B6B
(10/05)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   **05-95389-H1-11**

CHAPTER   **11**

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 14*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| | | 2   posters   $1,000.00<br>1   desk  chair  $750.00<br>1    monitor   $400.00<br>4   guest  chairs  $1,800.00<br>1   wooden  table  $450.00<br>1   center  table  $1,200.00<br>1   corner  table  $1,800.00<br>1   credenza   $500.00<br>1   file  cabinet  $1,000.00<br>1    sofa   $3,000.00<br>1    chair   $784.00<br>1   chair  recliner  $999.00<br>4   desk  chairs  $400.00<br>1   typewriter   $100.00<br>2    telephones   $200.00<br>1   cubicle  desk  $250.00<br>2    desks   $1,000.00<br>1    monitor   $400.00<br>2   speakers   $150.00<br>1   printer  HP  $350.00<br>1   paper credenza on wall $1,000.00<br>1   keyboard   $50.00<br>1    mouse   $35.00<br>1   green  fake  plant  $50.00<br>1    cpu   $350.00<br>1   laptop   $1,200.00<br>Management   Office<br>Kitchen  Area  (Joe's)<br>1   coffee  maker  $50.00<br>1    toaster   $50.00<br>1   liquid  air  machine  $100.00<br>1   microwave   $100.00<br>1   oven  small  $100.00<br>1   refrigerator   $100.00<br>1   dustbuster   $50.00<br>1   poster   $50.00<br>1   picture   $100.00<br>Reception   Area | | |
| | | Total > | | $158,922.24 |

Form B6B
(10/05)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   **05-95389-H1-11**

CHAPTER   **11**

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 15*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 1   desk   $250.00<br>1   monitor   $150.00<br>1   cpu   $250.00<br>1   keyboard   $25.00<br>1   mouse   $20.00<br>2   speakers   $150.00<br>2   telephones   $200.00<br>5   guest chairs $375.00<br>1   round table $125.00<br>1   fish tank $250.00<br>1   small plant $25.00<br>1   fake tree $25.00<br>1   corner table $100.00<br>1   plant   $25.00<br>1   printer HP $200.00<br>1   fax machine $150.00<br>1   paper shredder $50.00<br>1   monitor   $150.00<br>1   mouse   $20.00<br>1   keyboard   $25.00<br>1   credenza   $100.00<br>1   desk   $250.00<br>1   desk chair $100.00<br>Manager's   Office<br>2   telephones   $200.00<br>1   monitor   $150.00<br>1   desk chair $100.00<br>1   cpu   $250.00<br>3 long adorn furniture $450.00<br>2   guest chairs   $300.00<br>1 modified credenza $150.00<br>1   book shelf $100.00<br>6 guest chairs $750.00<br>1   table   $150.00<br>1   tv   $300.00<br>1   tv stand $100.00<br>2   fake trees   $50.00<br>1   fake plant $25.00 | |
| | | Total > | $158,922.24 |

Form B6B
(10/05)

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**                    CASE NO    05-95389-H1-11

CHAPTER    11

## SCHEDULE B - PERSONAL PROPERTY
*Continuation Sheet No. 16*

| Type of Property | None | Description and Location of Property | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|
| | | 2 small file cab $120.00<br>1 plant $25.00<br>2 comp speakers $150.00<br>3 pics on wall $300.00<br>Office Alone<br>1 telephone $100.00<br>1 monitor $150.00<br>2 speakers $150.00<br>1 desk $150.00<br>1 mouse $20.00<br>1 lamp $75.00<br>6 guest chairs $450.00<br>1 desk chair $100.00<br>1 cpu $250.00<br>1 printer HP $250.00<br>1 fake tree $25.00<br>1 porcelain pottery $35.00<br>3 pictures $150.00 | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | |
| 30. Inventory. | | Sheetrock, cubicles, shelves, electrical supplies | $25,000.00 |
| 31. Animals. | X | | |
| 32. Crops - growing or harvested. Give particulars. | X | | |
| 33. Farming equipment and implements. | X | | |
| 34. Farm supplies, chemicals, and feed. | X | | |
| | | Total > | $183,922.24 |

Form B6B
(10/05)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

IN RE:   **Global Empire Investments And Holdings, LLC**          CASE NO   **05-95389-H1-11**

                                                                    CHAPTER   **11**

## SCHEDULE B - PERSONAL PROPERTY

*Continuation Sheet No. 17*

| Type of Property | None | Description and Location of Property | | Current Value of Debtor's Interest in Property, Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 35. Other personal property of any kind not already listed.  Itemize. | X | | | |
| | | Total > | | $183,922.24 |

Form B6D
(10/05)

IN RE:  **Global Empire Investments And Holdings, LLC**

CASE NO   <u>05-95389-H1-11</u>
                         (If Known)

CHAPTER   **11**

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER | CODEBTOR | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|
| ACCT #:<br><br>**Centrum**<br>**2101 4th Avenue, Ste. 300**<br>**Seattle, WA  98121** | X | DATE INCURRED:<br>NATURE OF LIEN:<br>**1st lien deed of trust**<br>COLLATERAL:<br>**real property and buildings**<br>REMARKS:<br><br><br>VALUE:         **$24,000,000.00** | | | | **$11,500,000.00** | |
| ACCT #:<br><br>**The Geotel Group, Inc.**<br>**320 S. Beltline Rd., Ste. 111**<br>**Irving, TX 75061** | | DATE INCURRED:<br>NATURE OF LIEN:<br>**2nd lien deed of trust**<br>COLLATERAL:<br>**real property & buildings**<br>REMARKS:<br><br><br>VALUE:         **$24,000,000.00** | | | X | **$1,300,000.00** | |
| | | | | | | | |
| | | | | | | | |
| | | | | | | | |

<u>    No    </u>continuation sheets attached

Subtotal (Total of this Page) >   | **$12,800,000.00** |

Total (Use only on last page) >   | **$12,800,000.00** |

(Report total also on Summary of Schedules)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   **05-95389-H1-11**

CHAPTER   **11**

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

☑ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

### TYPES OF PRIORITY CLAIMS   (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief.  11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,000* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $4,925* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,225* for deposits for the purchase, lease or rental of property or services for personal, family, or household use, that were not delivered or provided.  11 U.S.C. § 507(a)(7).

☐ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution.  11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance.  11 U.S.C. § 507(a)(10).

☐ **Administrative allowances under 11 U.S.C. Sec. 330**
Claims based on services rendered by the trustee, examiner, professional person, or attorney and by any paraprofessional person employed by such person as approved by the court and/or in accordance with 11 U.S.C. Secs. 326, 328, 329 and 330.

.* Amounts are subject to adjustment on April 1, 2007, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____**No**_____continuation sheets attached

IN RE:   **Global Empire Investments And Holdings, LLC**          CASE NO <u>**05-95389-H1-11**</u>
                                                                                            (If Known)

                                                                          CHAPTER   **11**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Bruce Oyler & Connie Oyler**<br>**c/o James L. Mount**<br>**5300 Memorial Drive, Ste. 375**<br>**Houston, TX 77007** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | X | **Unknown** |
| ACCT #:<br>**Dr. Muhammad Haroon Rashid**<br>**5821 Southwest Freeway, Ste. 502**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$10,000,000.00** |
| ACCT #:<br>**Emiq, Inc.**<br>**25 Raspberry Crescent**<br>**Beaconfield, Quebec**<br>**CANADA  H9W6C9** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$100,000.00** |
| ACCT #:<br>**Fulbright & Jaworski**<br>**13101 McKinney, Suite 5100**<br>**Houston, TX 77002** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$11,000.00** |
| ACCT #:<br>**Hendrix Financial Services**<br>**5821 Southwest Freeway, Ste. 500A**<br>**Houston, TX 77057** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | X | **$2,000,000.00** |
| ACCT #:<br>**Jerome Choquette**<br>**5316 Parc Avenue**<br>**Montreal, CANADA H2V467** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | **$10,000.00** |
| ACCT #:<br>**Paul Rosen, Esq.**<br>**Rosen & Havins, L.P.**<br>**6750 West Loop South, Ste. 800**<br>**Bellaire, TX 7401** | | DATE INCURRED:<br>CONSIDERATION:<br>**Notice Only**<br>REMARKS: | | | | **Notice Only** |

_____1_____continuation sheets attached

                                                                          Subtotal >   | **$12,121,000.00** |

Total (Use only on last page of the completed Schedule F) >   | |

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO  <u>05-95389-H1-11</u>
(If Known)

CHAPTER  **11**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

*Continuation Sheet No. 1*

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER | CODEBTOR | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|
| ACCT #:<br>**Progressive Minerals**<br>**c/o David W. Parham**<br>**Baker & McKenzie**<br>**2001 Ross Avenue, Ste. 2300**<br>**Dallas, TX 75201** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | X | $750,000.00 |
| ACCT #:<br>**Reliant Energy**<br>**P.O. Box 650475**<br>**Dallas, TX 75265** | | DATE INCURRED:<br>CONSIDERATION:<br><br>REMARKS: | | | | $25,000.00 |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

| | |
|---|---|
| Subtotal > | $775,000.00 |
| Total (Use only on last page of the completed Schedule F) > | $12,896,000.00 |

Form B6G
(10/05)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**                    CASE NO   **05-95389-H1-11**

                                                                           CHAPTER    **11**

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐   Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST.  STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY.  STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| **Galleria Corridors 1 and 2**<br>5821 Southwest Freeway<br>Suite 500<br>Houston, TX   77057 | Management Agreement<br>Contract to be ASSUMED |

Form B6H
(10/05)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE: **Global Empire Investments And Holdings, LLC**

CASE NO   **05-95389-H1-11**

CHAPTER   **11**

## SCHEDULE H - CODEBTORS

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Dr. Muhammad Haroon Rashid**<br>5821 Southwest Frwy., Ste. 500<br>Houston, TX 77057 | **Centrum**<br>2101 4th Avenue, Ste. 300<br>Seattle, WA  98121 |

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   **05-95389-H1-11**

CHAPTER   **11**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

---

**DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP**

I, the _____ **_Sole Shareholder_** _____ of the _____ **Corporation** _____
named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of
_____ **26** _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.
(Total shown on summary page plus 1.)


Date **02/15/2006** _____         Signature   **_/s/ Muhammad Haroon Rashid_** _____
                                                                          **_Muhammad Haroon Rashid_**
                                                                          **_Sole Shareholder_**
[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

---

**_Penalty for making a false statement or concealing property:  Fine of up to $500,000 or imprisonment for up to 5 years or
both.  18 U.S.C. §§ 152 and 3571._**

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**         CASE NO   **05-95389-H1-11**

                                                                 CHAPTER   **11**

## STATEMENT OF FINANCIAL AFFAIRS

**1. Income from employment or operation of business**

None ☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the two years immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| Undetermined | 2004 sales |
| Undetermined | 2005 sales |

**2. Income other than from employment or operation of business**

None ☑

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the two years immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

**3. Payments to creditors**

*Complete a. or b., as appropriate, and c.*

None ☑

a. Individual or joint debtor(s) with primarily consumer debts: List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within 90 days immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

None ☐

b. Debtor whose debts are not primarily consumer debts: List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| Debtor has made one payment to Centrum Financial Services. Debtor's expenses are paid by Debtor's management company, Galleria Corridor, LLC | | | |

None ☑

c. All debtors: List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   05-95389-H1-11

CHAPTER   11

# STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 1*

---

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐

a.  List all suits and administrative proceedings to which the debtor is or was a party within one year immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| No. 2005-68115; Bruce Oyler, et al. v. Global Empire Investments & Holdings, LLC, et al. | Suit on note | 157th District Court Harris County, TX | pending |

---

None ☑

b.  Describe all property that has been attached, garnished or seized under any legal or equitable process within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**5. Repossessions, foreclosures and returns**

None ☑

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**6. Assignments and receiverships**

None ☑

a.  Describe any assignment of property for the benefit of creditors made within 120 days immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property which has been in the hands of a custodian, receiver, or court-appointed official within one year immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**7. Gifts**

None ☑

List all gifts or charitable contributions made within one year immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**8. Losses**

None ☑

List all losses from fire, theft, other casualty or gambling within one year immediately preceding the commencement of this case or since the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   **05-95389-H1-11**

CHAPTER   **11**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 2*

---

**9. Payments related to debt counseling or bankruptcy**

None ☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within one year immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Fuqua & Keim, LLP**<br>**2777 Allen Parkway, Ste. 480**<br>**Houston, TX 77019** | **12/06/05** | **$20,000.** |

---

**10. Other transfers**

None ☑

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within two years immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

None ☑

b.  List all property transferred by the debtor within ten years immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

---

**11. Closed financial accounts**

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within one year immediately preceding the commencement of this case.  Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**12. Safe deposit boxes**

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within one year immediately preceding the commencement of this case.  (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**13. Setoffs**

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within 90 days preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

---

**14. Property held for another person**

None ☑

List all property owned by another person that the debtor holds or controls.

---

**15. Prior address of debtor**

None ☑

If the debtor has moved within three years immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case.  If a joint petition is filed, report also any separate address of either spouse.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   **05-95389-H1-11**

CHAPTER   **11**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 3*

---

**16. Spouses and Former Spouses**

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within eight years immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

---

**17. Environmental Information**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

---

None ☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law.  Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

---

None ☑

b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

---

None ☑

c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

---

**18. Nature, location and name of business**

None ☐

a. If the debtor is an individual, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

If the debtor is a partnership, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six years immediately preceding the commencement of this case.

If the debtor is a corporation, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six years immediately preceding the commencement of this case.

| NAME, ADDRESS, AND LAST FOUR DIGITS OF SOC. SEC. NO. / COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|
| **Galleria Corridor, LLC**<br>**5851 Southwest Frwy., Ste. 500**<br>**Houston, TX 7057** | **Debtor's building management company** | **2004 to present** |

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**           CASE NO   **05-95389-H1-11**

                                                                  CHAPTER   **11**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 4*

| **Mohawk Refining & Marketing, LLC** | **Refinery** | **October, 2004 to present** |
|---|---|---|

None
☑   b.  Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case.  A debtor who has not been in business within those six years should go directly to the signature page.)

### 19. Books, records and financial statements

None
☐   a.  List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| **NAME AND ADDRESS** | **DATES SERVICES RENDERED** |
|---|---|
| **Lorraine Bevins**<br>**1470 Hunters Park Drive**<br>**Missouri City, TX 77489-1612** | **2003 & 2004** |
| **Suzanne Chin**<br>**5851 Southwest Frwy, Ste. 500**<br>**Houston, TX 77057** | **Nov., 2005 to present** |
| **Gerald Hendrix**<br>**5851 Southwest Frwy, Ste. 500**<br>**Houston, TX 77057** | **2003 to present** |

None
☑   b.  List all firms or individuals who within two years immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

None
☐   c.  List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor.  If any of the books of account and records are not available, explain.

| **NAME** | **ADDRESS** |
|---|---|
| **All books and records are located at the Debtor's offices** | **5821 Southwest Freeway, Ste. 500 Houston, TX 77057** |

None
☐   d.  List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within two years immediately preceding the commencement of this case.

| **NAME AND ADDRESS** | **DATE ISSUED** |
|---|---|
| **Centrum**<br>**2101 4th Avenue, Ste. 300**<br>**Seattle, WA  98121** | **Various dates** |
| **Multiple Mortgage Lenders** | **Various dates** |

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**

CASE NO   **05-95389-H1-11**

CHAPTER   **11**

## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 5*

---

**20. Inventories**

None ☑ a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

---

None ☑ b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

---

**21. Current Partners, Officers, Directors and Shareholders**

None ☑ a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

---

None ☐ b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| Dr. Muhammad Haroon Rashid<br>5821 Southwest Freeway, Ste. 500<br>Houston, TX 77057 | CEO & Sole Shareholder | Sole shareholder |
| Gerald Hendrix<br>5821 Southwest Freeway, Ste. 500<br>Houston, TX 77057 | CFO | None |

**22. Former partners, officers, directors and shareholders**

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

---

None ☑ b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

---

**23. Withdrawals from a partnership or distributions by a corporation**

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

---

**24. Tax Consolidation Group**

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

---

**25. Pension Funds**

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF TEXAS
### HOUSTON DIVISION

IN RE:   **Global Empire Investments And Holdings, LLC**                     CASE NO    **05-95389-H1-11**

                                                                            CHAPTER    **11**


## STATEMENT OF FINANCIAL AFFAIRS

*Continuation Sheet No. 6*

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   02/15/2006 _____        Signature _*/s/ Muhammad Haroon Rashid*_____
                                                                        *Muhammad Haroon Rashid*
                                                                        *Sole Shareholder*

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement:  Fine of up to $500,000 or imprisonment for up to 5 years or both.  18 U.S.C. Sections 152 and 3571*