# EXHIBIT "5"

# Affidavit of Wayne Kitchens

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING
DIVISION

| PROGRESSIVE MINERALS LLC., | § | |
|---|---|---|
| | § | |
| Plaintiff, | § | |
| V. | § | |
| | § | |
| MUHAMMAD HAROON RASHID, | § | |
| GERALD D. HENDRIX, DAVID M. | § | CASE NO. 5:07-CV-108 |
| BERNSTEIN, JOHN DOUGLAS | § | |
| REYNOLDS, JOHN C. CROSBIE, and | § | |
| JUDE O'NURKERA, | § | |
| | § | |
| Defendants. | § | |

## AFFIDAVIT OF WAYNE KITCHENS

STATE OF TEXAS            )
                          )
COUNTY OF Harris          )

BEFORE ME, the undersigned Notary Public, did appear Wayne Kitchens, who is also personally known to me and who did state and testify as follows:

1)  My name is Wayne Kitchens. I am over the age of 18 and of sound mind. I have personal knowledge of the facts set forth herein and, if called upon, would testify as follows:

2)  I am a partner with the law firm of Hughes Watters Askanase, LLP in Houston, Texas.

3)  In August 2006 my firm was retained by David Askanase, the Chapter 11 Trustee in the bankruptcy case of Global Empire Investments & Holdings, LLC which was filed in the United States Bankruptcy Court for the Southern District of Texas, Houston Division.

4)  Consistent with my duties on behalf of the Trustee, I assisted the Trustee

Page 1

DALDMS/632359.2

with investigating the acts, conduct, assets, liabilities and financial condition of Global Empire, the operation of its business, the desirability of the continuance of that business and any other matter relevant to the bankruptcy case.

5) In the course of my duties as counsel to the Trustee, I was provided with a copy of a PowerPoint presentation and copies of curriculum vitae of certain individuals purportedly associated with Global Empire. Since the description of Global Empire in that document included several affiliated entities with which I was not aware, I sent an e-mail on August 28, 2006 to Richard Fuqua, counsel for Global Empire, and Leonard H. Simon, counsel for Global Empire's CEO Dr. Rashid, requesting further information.

6) The very next day I received a reply from Leonard H. Simon, copying all parties to my e-mail, advising me that he was "told by David Bernstein, Dr. Rashid's lawyer in Canada, that this was a business plan that he assisted Dr. Rashid in formulating that never made it past the planning stage." David Bernstein was added by Mr. Simon as a recipient to that e-mail. A copy of that e-mail exchange is attached hereto as <u>Exhibit 1</u>.

7) I have no record of Mr. Bernstein nor any other party providing further comment as to the truth of the allegations contained within the e-mail exchange nor do I recall ever receiving same.

8) This e-mail exchange and all other electronic communications related to the Global Empire bankruptcy case were stored by me in my regular course of business.

9) On December 6, 2006, the Global Empire bankruptcy case was converted to a case under Chapter 7 and I have had no further involvement in that case.

FURTHER AFFIANT SAYETH NOT.

Executed this January 31, 2008 under the laws of perjury of the United States of America.

_____
[signature]

SWORN AND SUBSCRIBED BEFORE ME ON THIS 31st DAY OF January, 2008.

Sandra C. Olivarez
Notary Public in and for the State of Texas
My commission expires on: 01-12-09

SANDRA C. OLIVAREZ
MY COMMISSION EXPIRES
January 12, 2009

Page 3

DALDMS/632359.2

# EXHIBIT "A"

## Schuler, Elliot

| | |
|---|---|
| **From:** | Wayne Kitchens [WKitchens@hwallp.com] |
| **Sent:** | Tuesday, August 29, 2006 10:28 AM |
| **To:** | Schuler, Elliot |
| **Subject:** | FW: Global Empire Powerpoint Presentation |

Elliot: See below. This just gets more interesting day by day.

Wayne

---

**From:** Leonard H Simon [mailto:lsimon@Pendergraftsimon.com]
**Sent:** Tuesday, August 29, 2006 10:27 AM
**To:** Wayne Kitchens; fuqua@fuquakeim.com
**Cc:** David Askanase; David Bernstein
**Subject:** RE: Global Empire Powerpoint Presentation

Wayne: I am told by David Bernstein, Dr. Rashid's lawyer in Canada, that this was a business plan that he assisted Dr. Rashid in formulating that never made it past the planning stage.


# LEONARD H. SIMON
# PENDERGRAFT & SIMON L.L.P.
## The Riviana Building
## 2777 Allen Parkway, Suite 800
## Houston, Texas 77019
 Office: 713-528-8555  Direct: 713-737-8207  Fax: 832-202-2810  Mobile: 713-253-2810

Office Email: lsimon@pendergraftsimon.com  Home Email: lsimon@houston.rr.com

**THIS ELECTRONIC MAIL TRANSMISSION AND ANY ATTACHMENTS MAY CONTAIN PRIVILEGED, CONFIDENTIAL, OR PROPRIETARY INFORMATION INTENDED ONLY FOR THE PERSONS(S) NAMED. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT OR THE AUTHORIZED REPRESENTATIVE OF THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISTRIBUTION, COPYING, OR DISCLOSURE OF THIS COMMUNICATION IS STRICTLY PROHIBITED.**

---

**From:** Wayne Kitchens [mailto:WKitchens@hwallp.com]
**Sent:** Monday, August 28, 2006 5:48 PM
**To:** Leonard H Simon; fuqua@fuquakeim.com
**Cc:** David Askanase
**Subject:** Global Empire Powerpoint Presentation

Gentlemen: Imagine David's surprise when he reviewed the attached and discovered he was the Trustee of a veritable conglomerate.

I suggest we speak after you've reviewed the above with your client. At the very least, David will insist on an accounting of these entities finances and their organizational structure vis-a-vis Global.

Wayne

Wayne Kitchens
**HughesWattersAskanase, LLP**
Three Allen Center
333 Clay, 29th Floor
Houston, TX  77002
☏ (Direct):  713/328-2807
☎ (Main):    713/759-0818
🖷 (Direct):  713/351-0307
🖷 (Main):    713/759-6834
✉ wkitchens@hwa.com
Internet: www.hwa.com

**CONFIDENTIALITY STATEMENT:**  *This electronic message transmission contains information from the law  firm of Hughes Watters Askanase L.L.P. and is confidential or privileged.  The information is intended only for the use of the person(s) named above.  If you are not the intended recipient, any disclosure, copying, distribution or use of  or any other action based on the contents of this information is strictly prohibited.  If you received this electronic transmission in error, please notify us by telephone at (800) 284-0818.*

**Disclosure Pursuant to Treasury Regulations in Circular 230:**   *To ensure compliance with requirements imposed by the Internal Revenue Service, we inform you that any tax advice contained in this communication (including any attachments) was not intended or written to be used, and cannot be used, for the purpose of (i) avoiding tax-related penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any tax-related matter(s) addressed herein.*

1/31/2008