# EXHIBIT "6"

# Affidavit of David W. Parham

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA, WHEELING
DIVISION

| PROGRESSIVE MINERALS LLC., | § | |
|---|---|---|
| § | | |
| Plaintiff, | § | |
| V. | § | |
| § | | |
| MUHAMMAD HAROON RASHID, | § | |
| GERALD D. HENDRIX, DAVID M. | § | CASE NO. 5:07-CV-108 |
| BERNSTEIN, JOHN DOUGLAS | § | |
| REYNOLDS, JOHN C. CROSBIE, and | § | |
| JUDE O'NURKERA, | § | |
| § | | |
| Defendants. | § | |

### AFFIDAVIT OF DAVID W. PARHAM

STATE OF TEXAS            )
                          )
COUNTY OF DALLAS          )

Before me, the undersigned notary public, came this day David W. Parham, who is also personally known to me and who did state and testify as follows:

1. My name is David W. Parham. I am over the age of 18 and of sound mind. I have personal knowledge of the facts set forth herein and, if called upon, would testify as follows:

2. I am a Principal in the Dallas office of Baker & McKenzie, LLP ("B&M"). B&M has acted as counsel for the Plaintiff in this case.

3. On or about March 14, 2006, I, as counsel for Progressive sent a letter to all of the Defendants named herein advising them that B&M had been retained to represent Progressive in connection with the claims comprising this lawsuit, and demanding repayment of the Commitment Fee and the additional amounts expended by Progressive. A copy of that letter is attached as Exhibit "A" hereto.

4. Defendants Bernstein, Reynolds and Crosbie failed to respond to that letter.

5. On October 10, 2006, I, as counsel for Progressive sent another letter to all of the Defendants named herein advising them that Progressive still planned to pursue the claims if this matter could not be resolved. A copy of that letter is attached as Exhibit "B" hereto.

6. Defendant Crosbie, did send a very short letter in response shortly thereafter. A copy of that letter is attached as Exhibit "C" hereto.

7. Reynolds and Bernstein, by contrast, have <u>never</u> replied to any correspondence from Plaintiff's counsel.

FURTHER AFFIANT SAYETH NOT

Executed this 31st day of January, 2008 under the laws of perjury of the United States of America.

_____
DAVID W. PARHAM

SWORN AND SUBSCRIBED BEFORE ME
ON THIS 31ST DAY OF January 2008.

_____
Notary Public in and for the State of Texas
My commission expires on: 3-16-2010



WENDI JOYCE WHEELER
Notary Public
State of Texas
My Commission Expires
March 16, 2010

DALDMS/633342.1

# EXHIBIT "A"

**BAKER & McKENZIE**

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

David W. Parham
Tel: +1 214 978 3034
david.w.parham@bakernet.com

FED Ex
Via ~~Certified Mail Return Receipt~~

March 14, 2006

David M. Bernstein
25 Raspberry Crescent
Beaconsfield, Quebec, Canada
H9W 6C9

RE:   *In re Global Empire Investments and Holdings, LLC*, Case No. 05-95389

Dear Mr. Bernstein:

This law firm has been retained to represent Progressive Mining LLC ("Progressive") and Governor Arch A. Moore, Jr. in connection with the transaction which occurred between Progressive and Global Empire Investments and Holdings LLC ("Global Empire"). If you are represented by legal counsel, please forward this correspondence to him or her.

Global Empire has filed a chapter 11 petition in the United States Bankruptcy Court for the Southern District of Texas, Houston Division. Progressive has filed a claim with the U.S. Bankruptcy Court resulting from the failure of Global Empire to refund a $750,000 Commitment Fee and for $500,000 in additional damages arising from Global Empire's failure to provide financing. We are sending this letter to you in your individual capacity, and not in any capacity with Global Empire.

As you are also aware, Progressive made a $750,000 deposit (which forms in part the basis of its claim) based upon your personal representation that the sum would be refunded to it, without deductions, should the financing arrangement contemplated by the agreement not occur. In addition, there were numerous statements made regarding Global Empire, including without limitation representations regarding subsidiaries or affiliates which have turned out to be wholly false. Without going into detail, our investigation has revealed that Global Empire, contrary to the company that was portrayed, had only one small subsidiary with assets (for which it paid only $175,000) and had absolutely no wherewithal to, or hope of, financing the $200,000,000 mine acquisition that was contemplated. In short, it is clear Progressive was duped into paying the commitment fee and that there could not conceivably have been intent on Global Empire's part to perform. Accordingly, we intend to hold all who conspired with, participated with, or aided and abetted, Global Empire in this scam responsible. The representations to Progressive were made both orally and in writing, and with respect to the refund, in the written contract which was transmitted by facsimile and/or through the U.S. mail to Progressive.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

BAKER & McKENZIE

We have been retained to assist Progressive in the recovery of its damages. We will accomplish that. You are encouraged to return Progressive's $750,000.00 deposit and the additional $500,000 that Progressive expended on this project in the belief that Global Empire would perform its end of the bargain, within five (5) business days of the receipt of this correspondence. If we are not reimbursed, we will initiate appropriate legal proceedings against those involved in the fraud perpetrated upon Progressive.

Sincerely,

*David W Parham*

David W. Parham

DWP/slw

cc: Gov. Arch A. Moore, Jr.

DALDMS/567261.1

**BAKER & MCKENZIE**

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

March 14, 2006

David W. Parham
Tel: +1 214 978 3034
david.w.parham@bakernet.com

Via Certified Mail Return Receipt

John C. Crosbie
Patterson Palmer Law
One Brunswick Square, Suite 1500
PO Box 1324
Saint John, New Brunswick
E2L 4H8

RE: *In re Global Empire Investments and Holdings, LLC*, Case No. 05-95389

Dear Mr. Crosbie:

This law firm has been retained to represent Progressive Mining LLC ("Progressive") and Governor Arch A. Moore, Jr. in connection with the transaction which occurred between Progressive and Global Empire Investments and Holdings LLC ("Global Empire"). If you are represented by legal counsel, please forward this correspondence to him or her.

Global Empire has filed a chapter 11 petition in the United States Bankruptcy Court for the Southern District of Texas, Houston Division. Progressive has filed a claim with the U.S. Bankruptcy Court resulting from the failure of Global Empire to refund a $750,000 Commitment Fee and for $500,000 in additional damages arising from Global Empire's failure to provide financing. We are sending this letter to you in your individual capacity, and not in any capacity with Global Empire.

As you are also aware, Progressive made a $750,000 deposit (which forms in part the basis of its claim) based upon representations that the sum would be refunded to it, without deductions, should the financing arrangement contemplated by the agreement not occur. In addition, there were numerous statements made regarding Global Empire, including without limitation representations regarding subsidiaries or affiliates which have turned out to be wholly false. Without going into detail, our investigation has revealed that Global Empire, contrary to the company that was portrayed, had only one small subsidiary with assets (for which it paid only $175,000) and had absolutely no wherewithal to, or hope of, financing the $200,000,000 mine acquisition that was contemplated. In short, it is clear Progressive was duped into paying the commitment fee and that there could not conceivably have been intent on Global Empire's part to perform. Accordingly, we intend to hold all who conspired with, participated with, or aided and abetted, Global Empire in this scam responsible. The representations to Progressive were made both orally and in writing, and with respect to the refund, in the written contract which was transmitted by facsimile and/or through the U.S. mail to Progressive.

BAKER & MCKENZIE

We have been retained to assist Progressive in the recovery of its damages. We will accomplish that. You are encouraged to return Progressive's $750,000.00 deposit and the additional $500,000 that Progressive expended on this project in the belief that Global Empire would perform its end of the bargain, within five (5) business days of the receipt of this correspondence. If we are not reimbursed, we will initiate appropriate legal proceedings against those involved in the fraud perpetrated upon Progressive.

Sincerely,

*David W Parham*

David W. Parham

DWP/slw

cc: Gov. Arch A. Moore, Jr.

DALDMS/567280.1

John C. Crosbie
March 14, 2006

Page 2

**BAKER & McKENZIE**

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

**Asia Pacific**
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

**Europe & Middle East**
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**North & South America**
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

David W. Parham
Tel: +1 214 978 3034
david.w.parham@bakernet.com

March 14, 2006

**Via Certified Mail Return Receipt**

John Reynolds
House of Commons
04 Justice Building
Ottawa, Ontario, Canada
K1A 0A6

RE: *In re Global Empire Investments and Holdings, LLC*, Case No. 05-95389

Dear Mr. Reynolds:

This law firm has been retained to represent Progressive Mining LLC ("Progressive") and Governor Arch A. Moore, Jr. in connection with the transaction which occurred between Progressive and Global Empire Investments and Holdings LLC ("Global Empire"). If you are represented by legal counsel, please forward this correspondence to him or her.

Global Empire has filed a chapter 11 petition in the United States Bankruptcy Court for the Southern District of Texas, Houston Division. Progressive has filed a claim with the U.S. Bankruptcy Court resulting from the failure of Global Empire to refund a $750,000 Commitment Fee and for $500,000 in additional damages arising from Global Empire's failure to provide financing. We are sending this letter to you in your individual capacity, and not in any capacity with Global Empire.

As you are also aware, Progressive made a $750,000 deposit (which forms in part the basis of its claim) based upon representations that the sum would be refunded to it, without deductions, should the financing arrangement contemplated by the agreement not occur. In addition, there were numerous statements made regarding Global Empire, including without limitation representations regarding subsidiaries or affiliates which have turned out to be wholly false. Without going into detail, our investigation has revealed that Global Empire, contrary to the company that was portrayed, had only one small subsidiary with assets (for which it paid only $175,000) and had absolutely no wherewithal to, or hope of, financing the $200,000,000 mine acquisition that was contemplated. In short, it is clear Progressive was duped into paying the commitment fee and that there could not conceivably have been intent on Global Empire's part to perform. Accordingly, we intend to hold all who conspired with, participated with, or aided and abetted, Global Empire in this scam responsible. The representations to Progressive were made both orally and in writing, and with respect to the refund, in the written contract which was transmitted by facsimile and/or through the U.S. mail to Progressive.

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

BAKER & McKENZIE

We have been retained to assist Progressive in the recovery of its damages. We will accomplish that. You are encouraged to return Progressive's $750,000.00 deposit and the additional $500,000 that Progressive expended on this project in the belief that Global Empire would perform its end of the bargain, within five (5) business days of the receipt of this correspondence. If we are not reimbursed, we will initiate appropriate legal proceedings against those involved in the fraud perpetrated upon Progressive.

Sincerely,

*David W Parham*

David W. Parham

DWP/slw

cc:  Gov. Arch A. Moore, Jr.

DALDMS/567278.1

NZIE

**CERTIFIED MAIL**



7160 3901 9849 1388 3527

**RETURN RECEIPT REQUESTED**

John Reynolds
House of Commons
04 Justice Building
Ottawa, Ontario, Canada
K1A 0A6

**RETURN RECEIPT REQUESTED**
**USPS MAIL CARRIER**
**DETACH ALONG PERFORATION**

Thank you for using Return Receipt Service

2. Article Number: 7160 3901 9849 1366 3527

3. Service Type: CERTIFIED MAIL
4. Restricted Delivery? (Extra Fee) ☐ Yes

1. Article Addressed to:
John Reynolds
House of Commons
04 Justice Building
Ottawa, Ontario, Canada
K1A, 0A

PS Form 3811, January 2005 — Domestic Return Receipt

COMPLETE THIS SECTION ON DELIVERY

A. Received by (Please Print Clearly)    B. Date of Delivery
C. Signature
X
    ☐ Agent
    ☐ Addressee
D. Is delivery address different from item 1?
   If YES, enter delivery address below:  ☐ Yes  ☐ No

Reference Information
Progressive Mining Demand Letter
Dave Parham

Thank you for using Return Receipt Service

WALZ Certified Mailer™  1-800-882-3811  www.walzpostal.com

**EXHIBIT "B"**

**BAKER & MCKENZIE**

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

October 10, 2006

David W. Parham
Tel: +1 214 978 3034
david.w.parham@bakernet.com

Asia Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe & Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

Mr. David M. Bernstein
25 Raspberry Crescent
Beaconsfield, Quebec
Canada H9W 6C9

RE: *In re Global Empire Investments & Holdings*, LLC

Dear Mr. Bernstein

This law firm represents Progressive Minerals, LLC in connection with its claims against Global Empire Investments & Holdings, LLC, and various of Global Empire's officers, directors, agents or affiliates. We have previously corresponded with you regarding this matter, but have not received any response.

Attached, please find a copy of a draft Complaint that we intend to file in the United States District Court for the Northern District of West Virginia, in the very near future if this matter cannot be resolved. We have also attached to this letter, information that we have obtained relating to Dr. Muhammad Haroon Rashid.

This letter is intended as a settlement communication. Please contact the undersigned within 14 days of the date of this letter, if you wish to resolve this matter.

Sincerely,

David W. Parham

DWP/ss
Enclosures
cc: Mark Carter (with enclosures)

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

**BAKER & McKENZIE**

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

October 10, 2006

David W. Parham
Tel: +1 214 978 3034
david.w.parham@bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

Mr. David M. Bernstein
25 Raspberry Crescent
Beaconsfield, Quebec
Canada H9W 6C9

RE: *In re Global Empire Investments & Holdings, LLC*

Dear Mr. Bernstein

This law firm represents Progressive Minerals, LLC in connection with its claims against Global Empire Investments & Holdings, LLC, and various of Global Empire's officers, directors, agents or affiliates. We have previously corresponded with you regarding this matter, but have not received any response.

Attached, please find a copy of a draft Complaint that we intend to file in the United States District Court for the Northern District of West Virginia, in the very near future if this matter cannot be resolved. We have also attached to this letter, information that we have obtained relating to Dr. Muhammad Haroon Rashid.

This letter is intended as a settlement communication. Please contact the undersigned within 14 days of the date of this letter, if you wish to resolve this matter.

Sincerely,

David W. Parham

DWP/ss
Enclosures
cc: Mark Carter (with enclosures)

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

**BAKER & MCKENZIE**

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

David W. Parham
Tel: +1 214 978 3034
david.w.parham@bakernet.com

October 10, 2006

Mr. John C. Crosbie
Patterson Palmer Law
Scotia Centre
235 Walter Street
Post Office Box 610
Saint John's, Newfoundland and Labrador
Canada E3B 5E3

RE: *In re Global Empire Investments and Holdings, LLC*

Dear Mr. Crosbie:

This law firm represents Progressive Minerals, LLC ("Progressive"), in connection with its claims against former officers and directors of Global Empire Investments and Holdings, LLC and certain of Global Empire's agents or affiliates. We previously corresponded with you regarding this matter, but did not receive a response.

Attached, please find a draft Complaint which we intend to file in the United States Federal District Court for the Northern District of West Virginia in the very near future if this matter cannot be resolved. We have also attached information which we recently obtained relating to Dr. Muhammad Haroon Rashid, Global Empire's President and CEO.

This letter is intended as a settlement communication. Please contact the undersigned within 14 days of the date of this letter, if you wish to discuss a resolution to this matter. If we do not hear from you, we will proceed to file the Complaint.

Sincerely,

David W. Parham

DWP/ss
Enclosures

cc: Mark A. Carter (with enclosures)

DALDMS/588849.1

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

**BAKER & MCKENZIE**

Baker & McKenzie LLP
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201, USA

Tel: +1 214 978 3000
Fax: +1 214 978 3099
www.bakernet.com

David W. Parham
Tel: +1 214 978 3034
david.w.parham@bakernet.com

Asia
Pacific
Bangkok
Beijing
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur
Manila
Melbourne
Shanghai
Singapore
Sydney
Taipei
Tokyo

Europe &
Middle East
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Bologna
Brussels
Budapest
Cairo
Dusseldorf
Frankfurt / Main
Geneva
Kyiv
London
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

North & South
America
Bogota
Brasilia
Buenos Aires
Calgary
Caracas
Chicago
Chihuahua
Dallas
Guadalajara
Houston
Juarez
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre
Rio de Janeiro
San Diego
San Francisco
Santiago
Sao Paulo
Tijuana
Toronto
Valencia
Washington, DC

October 10, 2006

Mr. John Douglas Reynolds
1500 Royal Centre
Post Office Box 11117
1055 West Georgian Street
Vancouver, British Columbia V6E 4N7

RE: *In re Global Empire Investments and Holdings, LLC*, Case No. 05-95389

Dear Mr. Reynolds:

This law firm represents Progressive Minerals, LLC ("Progressive"), in connection with its claims against former officers and directors of Global Empire Investments and Holdings, LLC and certain of Global Empire's agents or affiliates. We previously corresponded with you regarding this matter, but did not receive a response.

Attached, please find a draft Complaint which we intend to file in the United States Federal District Court for the Northern District of West Virginia in the very near future if this matter cannot be resolved. We have also attached information which we recently obtained relating to Dr. Muhammad Haroon Rashid, Global Empire's President and CEO.

This letter is intended as a settlement communication. Please contact the undersigned within 14 days of the date of this letter, if you wish to discuss a resolution to this matter. If we do not hear from you, we will proceed to file the Complaint.

Sincerely,

*David W. Parham*

David W. Parham

DWP/slw
Enclosures

cc: Mark A. Carter (with enclosures)

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.

**EXHIBIT "C"**

Scotia Centre, 235 Water Street
P.O. Box 610, St. John's
Newfoundland and Labrador
A1C 5L3

709-726-6124
Fax 709-722-0483
Toll Free 1 888 699-7746
www.pattersonpalmer.ca


PATTERSON PALMER law

27 October 2006

The Honourable John C. Crosbie, P.C., O.C., Q.C.
Direct Line: 709-570-5501
Direct Fax: 709-570-5757
E-mail: jcrosbie@pattersonpalmer.ca

David W. Parham,
Baker and McKenzie, LLP,
2300 Trammell Crow Center,
2001 Ross Avenue,
Dallas, Texas 75201

Dear Mr. Parham:

**RE:   Global Empire Investments and Holdings, LLC**

I received your letter of 10 October 2006 stating you represent a company I have never heard of before described as Progressive Minerals, LLC which purports to have claims against former officers and directors of Global Empire Investments and Holdings, LLC. This is the first correspondence I have received from you on this matter and the first time I have ever heard of the complaint of Progressive Minerals.

With respect to the draft complaint which you say you intend to file, I write to advise you that I have never been a director of the Global Empire Investments and Holdings, LLC Board of Directors nor have I any connection with any of the events or facts you allege in your document. If you do take any action that involves myself, I will certainly be defending it as the allegations it contains are completely false and without any substance in fact or otherwise.

Yours truly,

PATTERSON PALMER

*[signature]*

The Honourable John C. Crosbie, P.C., O.C., Q.C.