

- Petroworld Services, LLC
- Primergy International, LLC
- Prime Stops, LLC
- Crown NRG Refinery
- Mohawk Refining & Marketing, LLC
- World Times Communications, LLC
- Prime Development & Construction, LLC
- First American Source Reality, LLC
- First American Source Mortgage, LLC



Global Empire Group Company

# OUR SPECIALITY OF INVESTMENTS

- Residential and commercial land development and construction.
- Oil and gas exploration, refining and transportation.
- Marketing refined products on wholesale and retail basis.
- Electric power regeneration.
- Maintenance of oil services for refinery equipment.
- Import and export of commodities.
- Hospitality division of recreation and lodging.
- Healthcare and pharmaceuticals.
- Venture capital and debt restructuring.
- Automotive industries.

Case 5:07-cv-00108-FPS   Document 33-3   Filed 02/01/2008   Page 5 of 38

## ADVANTAGE:

Selecting Global Empire as your investment partner makes sound business sense. Broad experience and in-depth industry knowledge. Access to a on-shore and off-shore family funds. We also bring knowledgeable and experienced people with profitable results.

## WHAT ELSE SHOULD I KNOW?

Global Empire is an asset based investment and holding corporation. Global Empire is a self financed, privately owned institution. Through its principals, officers and advisers the composite disciplines of financial advisers, former bankers, security brokers, financial lawyers, accountants, CPA's and tax planners, very highly respected and experienced auditors, portfolio managers are molded into a strong effective financial expertise; totaling over 150 years.

## INVESTMENT CRITERIA:

- Investment is considered for:
- Development of new projects, as well as expansion or rehabilitation of existing projects.
- Projects must exhibit economic merit.
- A reasonable financial contribution is expected from project owners.
- Global Empire may require security, the nature of which will relate to the project's specific circumstances.
- Projects should have significant development merit (e.g.; volume addition, export earnings, expansion of the industrial base, addressing the regional imbalances, etc).
- Each project will be considered on its own particular merit.
- Projects must meet national and international standards, not limited to environments.

## PROJECT MERIT:

Strategic planning and conceptualization. Planning coordination. Feasibility studies. Development management. Architectural and environmental planning and design. Build to suit and lease-back. Tenant coordination and construction management. Marketing and public relations. Property management. Property operation. Project consulting.

## FINANCE AND TRADE SERVICES

Commodities trading with public and private companies. Stocks, bonds and treasuries. Letters of credits, commercial and financial. Currency trading and swaps. Bankers acceptances, US Treasuries, bonds, strips and receipts. Mutual funds.

## MERGERS AND ACQUISITIONS

All energy sectors: oil, gas, refiners, explorers, electric producers and suppliers. Manufacturing companies. Service industries. Real-estate companies: residential and commercial sectors. Participating in leveraged buyouts and acquisitions. Turn around. Debtor-in-possession investments.

## FINANCING:

*LOANS:* Provided for 5 to 10 years. Owner's contribution required. Funding tailored to suit cash flow requirements.

*QUASI – EQUITY:* Small private owned ventures. Ventures with substantial development impact and profit potential.



# THE ORGANISATION STRUCTURE

**CORPORATE LEVEL**

- Dr. M. HAROON RASHID — CEO & CHAIRMAN
- JOHN REYNOLDS — NO VOTING DIRECTOR
- JOHN C. CROSBIE — NO VOTING DIRECTOR
- BORBHUIYAN ABUL H. — V.P. INTERNATIONAL

**BUSINESS UNIT LEVEL**

- DAVID BERNSTEIN — V.P. FINANCE & LEGAL
- GERALD D. HENDRIX — CHIEF FINANCIAL OFFICER
- FEROZ R. DUBASK — SECRETARY

## CORPORATE HEAD QUARTER:

5821 Southwest Freeway, Suite 500

Houston, Texas 77057

Tel:713 669 9900 Fax: 281 657 1157

Email: geinvest91@yahoo.com

## LEGAL & ACCOUNTING PRESENTATION BY:

- PATTERSON PALMER LAW

- Newfoundland, Canada

- CHOQUETTE BEAUPRE RHEAUME

- Montreal, Canada

- GREEN, GLAZER, NADLER, DANINO

- Montreal, Canada

- BERGER, EMRICH (CHARTERED ACCOUNTANTS)

- Montreal, Canada

## OUR BANKERS:

- Chase Bank, Houston, Texas 77010 USA

- Bank of America, Houston, Texas 77092 USA

- Washington Mutual Bank, Houston, Texas 77098