# The Honourable John C. Crosbie, P.C., O.C., Q.C

**Business**
**Public-Private Partnerships**

TEL: 709-570-5501
FAX: 709-722-0483
jcrosbie@pattersonpalmer.ca

John is counsel to the St. John's office of Patterson Palmer. He is involved with the commercial group and provides strategic advice with respect to Government and trade matters in particular.

**Qualifications**

- LL.B. (Dalhousie University, 1956)
- B.A. Honours (Queen's University, 1953)
- Bar Admission: Newfoundland and Labrador, 1957; Ontario 1985

**Professional Experience**

In 2004 Mr. Crosbie was elected as Chairman of the Board to Global Empire Investments & Holdings, LLC, a US based corporation with holdings in a number of subsidiary companies within the energy, real estate investment, construction & development and telecommunications sectors.

A Director of the International Mediation Centre of the Greater Dallas Chamber of Commerce set up for mediation of disputes between residents of the United States, Canada and Mexico under the NAFTA Agreement.

Counsel to a number of commercial companies and government clients with reference to commercial, constitutional and trade issues. Extensive experience as a Minister in financial, international trade, justice, transport and fisheries issues as well as issues involving economic development in Atlantic Canada.

**Professional Activities and Affiliations**

- A Director of the Atlantic Institute of Market Studies and Insurance Corporation of Newfoundland, Bell Canada International and a number of other Canadian and Newfoundland commercial companies
- Chancellor of Memorial University of Newfoundland
- Honorary Consul for Mexico in Newfoundland and Labrador
- Appointed an Officer of the Order of Canada 1998
- Formerly a Minister in various portfolios in the Government of Newfoundland and Labrador 1966-1976 and in the Government of Canada as Minister of Finance 1979-1980 and 1984-1993 including Minister of Justice and Attorney General of Canada from September 17, 1984 to June 30, 1986 and Minister of International Trade from March 31, 1988 to April 21, 1991