**Opposition officielle**          **Official Opposition**

### John Reynolds
**House Leader, Sport / Leader de l'opposition à la Chambre des communes, Sports**

**West Vancouver-Sunshine Coast-Sea to Sky Country (British Columbia / Colombie-Britannique)**

**Ottawa Office / Bureau d'Ottawa :**
Phone / Tél. : 613.947.4517
Fax / Télec. : 613.947.4620

**Constituency Office / Bureau de comté :**
Phone / Tél. : 604.666.1229
Fax / Télec. : 604.666.1226

Email Address / Adresse de courriel: Reynolds.J@parl.gc.ca

Web Site / Site web: www.johnreynolds.ca



### Detailed Biography of John Reynolds

Mr. Reynolds was born January 19, 1942, in Toronto, Ontario, moved to Montreal, Quebec 1947 where he lived until 1958.

His career includes substantial experience in venture capital development, consumer products marketing, resource sector development and elected political office, both federal and provincial.

Mr. Reynolds began his career in the sales and marketing field. He was western sales manager for Rust Craft Greeting Cards. Mr. Reynolds joined Ethicon Sutures Ltd. (a subsidiary of Johnson & Johnson) and at that time was the youngest manager ever appointed by that company.

Mr. Reynolds political career began in 1972, when he was elected to the House of Commons as a Progressive Conservative Member of Parliament for the British Columbia riding of Burnaby-Richmond-Delta. Mr. Reynolds was re-elected in the 1974 general election. During his time as an MP (1972-1977), he served on numerous standing committees, including health and welfare, sport and fitness, transportation, and justice and legal affairs. He also chaired the Progressive Conservative Caucus Committee responsible for the Department of Supply and Services.

I.

Following his tenure as an elected official, Mr. Reynolds pursued work in the private sector, which included directorships on the boards of numerous public companies, including International Corona Resources; one of the largest gold discoveries in North America. He also hosted one of British Columbia's leading radio talk shows during this period.

Mr. Reynolds began his provincial government political career in 1983, elected as Member of the Legislative Assembly for British Columbia for the riding of West Vancouver-Howe Sound. Mr. Reynolds was re-elected in the 1986 provincial election.

Closely following his re-election in 1986, Mr. Reynolds was elected Speaker of the Legislative Assembly on March 9, 1987, a post he served with distinction until his appointment to Cabinet on November 1, 1989, as Minister of Environment.

During Mr. Reynolds term as Speaker of the Legislative Assembly and as a consequence of his particular interest in the Commonwealth, he held the position of President of the British Columbia branch of the Canadian Commonwealth Parliamentary Association. In September 1989, he was elected Vice-Chairman of the executive Committee of the Commonwealth Parliamentary Association, for a three-year term. Mr. Reynolds is the first British Columbian politician elected to the executive of this association, which is composed of representatives from 112 Commonwealth nations, states and provinces.

As Minister of Environment in British Columbia, Mr. Reynolds chaired the Cabinet Committee on Environment and Land Use, was a member of the Planning and Priorities Committee of Cabinet, Regional and Economic Development Committee of Cabinet, Native Affairs Committee of Cabinet, Cultural Heritage Committee of Cabinet, and the Vancouver International Airport Cabinet Committee. He was also a member of the BC/Alberta Boundary Commission, the BC/Yukon/NWT Boundary Commission, and the Environmental Appeal Board.

Following the 1991 provincial election, Mr. Reynolds moved to Scottsdale, Arizona where he resided from 1992 to 1996. During that four-year period he was President of a Venture Capital Company, involved in numerous projects.

In late 1996, Mr. Reynolds returned to British Columbia and on June 2, 1997, he was again elected to the House of Commons as a Reform Party Member of Parliament for the riding of West Vancouver-Sunshine Coast. He was appointed on June 20, 1997, to the 'shadow cabinet' of the Official Opposition as Critic for Citizenship and Immigration. One year later, in June 1998, he took over as Chief Opposition Critic for Fisheries and Oceans and on August 31, 1998, Mr. Reynolds was asked to take over the Justice portfolio as Chief Opposition Critic. On August 1, 2000, the new leader of the Canadian Alliance, Stockwell Day, appointed Mr. Reynolds Chief Opposition Whip. In this capacity, Mr. Reynolds was a member of the Procedure and House Affairs Committee, and a member of the Board of Internal Economy, which manages the budget of the House of Commons. On November 27, 2000, Mr. Reynolds was re-elected by the electorate of West Vancouver – Sunshine Coast for a second term and was re-appointed as Chief

2

Opposition Whip. In January 2001, Mr. Reynolds was appointed as the Official Opposition House Leader. In December 2001, Mr. Reynolds was elected Leader of the Opposition in the House of Commons by the Canadian Alliance Caucus, and Leader of the Canadian Alliance by the national council of Canadian Alliance.

On May 13, 2002, after Stephen Harper's election as Member of Parliament in Calgary Southwest, Mr. Harper became the Leader of the Opposition and appointed Mr. Reynolds as the Official Opposition House Leader. In January 2004, he resigned that position to become Co-chair of the Stephen Harper Leadership Campaign. Following Mr. Harper's successful bid to become Leader of the Conservative Party of Canada, Mr. Reynolds was again appointed Official Opposition House Leader on March 22, 2004.

Mr. Reynolds is vice-chair of the Commonwealth Parliamentary Association and vice-chair of the Canada/UK Parliamentary Association.

Mr. Reynolds' community activities include that of founding member and chairman of the Gordie Howe Foundation for Disabled Athletes, member of the International Churchill Society, and he served as a member of the Board of Governors for the 1994 Victoria Commonwealth Games Society. Mr. Reynolds was awarded the Queens Medal in 1978.

Mr. Reynolds sits on the Board of Directors of Global Empire Investments & Holding LLC and holds the position of Senior Vice-President of Global Empire's Oil & Gas division for the US. Global Empire is a US holding corporation based in Houston, Texas with interests in Energy, Real Estate Investment, Construction & Development and Telecommunications.

John was re-elected in the June 28, 2004 general election. Shortly after the election Stephen Harper appointed Mr. Reynolds as the Official Opposition House Leader and Critic for Sports.

He is married to Yvonne and they have seven children and nine grandchildren.

3