**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jude O'Nurkera
   6260 Indian River Dr.
   Norcross, GA 30092

   5:07cv108

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)  C. Date of Delivery

D. Is delivery address different from item 1?  ☐ No
If YES, enter delivery address below:

U.S. DISTRICT COURT
RECEIVED AT WHEELING, WV
JUL 23 2009
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

3. Service Type
☐ Certified Mail    ☐ Express Mail
☐ Registered        ☐ Return Receipt for Merchandise
☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label): 7009 0080 0001 5848 0498

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540