**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

| | | |
|---|---|---|
| PROGRESSIVE MINERALS LLC., | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| V. | § | |
| | § | |
| MUHAMMAD HAROON RASHID, | § | |
| GERALD D. HENDRIX, DAVID M. | § | CASE NO. 5:07-CV-108 |
| BERNSTEIN, JOHN DOUGLAS | § | |
| REYNOLDS, JOHN C. CROSBIE, and | § | |
| JUDE O'NURKERA, | § | |
| | § | |
| Defendants. | § | |

*U.S. DISTRICT COURT*
*FILED AT WHEELING, WV*
*AUG 31 2009*
*NORTHERN DISTRICT OF WV*
*OFFICE OF THE CLERK*

**ENTRY OF DEFAULT AGAINST MUHAMMAD HAROON RASHID**

On this day came for consideration the Request for Entry of Default against Muhammad Haroon Rashid   (the "Request") in the above-referenced adversary proceeding.   Plaintiff, Progressive Minerals LLC., ("Plaintiff") filed the Request on August 28, 2009.   After having reviewed the Request and supporting affidavit, the pleadings and papers filed in this action and the Court's docket, the Clerk of the Court finds that Plaintiff properly served Muhammad Haroon Rashid ("Rashid") with a copy of the summons and Complaint and that Rashid has failed to file an answer or any other responsive pleading as required by the summons and applicable Federal Rules of Civil Procedure and that cause exists to GRANT the Request.  It is therefore

ORDERED that default is hereby entered against Muhammad Haroon Rashid, in accordance with FEDERAL RULE OF CIVIL PROCEDURE 55(a).

SIGNED on this *3d* day of *August,* 2009.

Wally Edgell, BY _____ Deputy Clerk
CLERK OF THE COURT
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA

**ENTRY OF DEFAULT – Page 1**
DALDMS/630245.1