**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF WEST VIRGINIA,**
**WHEELING DIVISION**

| | | |
|---|---|---|
| **PROGRESSIVE MINERALS LLC.,** | § | |
| | § | |
| **Plaintiff,** | § | **CASE NO. 5:07-CV-108** |
| **V.** | § | |
| | § | |
| **MUHAMMAD HAROON RASHID,** | § | |
| **GERALD D. HENDRIX, DAVID M.** | § | |
| **BERNSTEIN,  and JUDE O'NURKERA** | § | |
| | § | |
| **Defendants.** | § | |

**PROGRESSIVE MINERALS' MOTION IN LIMINE TO PRECLUDE**
**DEFENDANT DAVID M. BERNSTEIN FROM PRESENTING EVIDENCE**

Pursuant to this Court's Scheduling Order, and Rule 37 of the Federal Rules of Civil

Procedure, Progressive Minerals respectfully requests that the Court preclude Defendant David

M. Bernstein from presenting any evidence at the trial of this action.  Progressive Minerals has

filed a similar motion, a Motion for Default Under Rule 37 Against David M. Bernstein (Doc.

No. 78), in which a similar argument was made in the alternative, and it incorporates that Motion

and the factual statement and arguments made therein.  It files this motion to the extent necessary

to comply with the Court's Scheduling Order.  Because Defendant Bernstein has refused to

answer discovery requests, refused to appear for his deposition on two occasions, and refused to

appear at any scheduled hearings in this case, and for the reasons stated more fully in the Motion

for Default, if that motion is denied, Progressive Minerals requests that David M. Bernstein be

precluded from presenting any evidence at trial.

Dated: September   17 , 2009

Respectfully submitted,

**BAKER & McKENZIE LLP**

David W. Parham
Texas State Bar No. 15459500
(Admitted pro hac vice)
Elliot D. Schuler
Texas State Bar No. 24033046
(Admitted pro hac vice)
2300 Trammell Crow Center
2001 Ross Avenue
Dallas, Texas 75201
Telephone:   (214) 978-3000
Facsimile:   (214) 978-3099

and

**DINSMORE & SHOHL LLP**

        /s/ Jacob A. Manning
Denise D. Klug
State Bar No. of West Virginia 6620
Jacob A. Manning
State Bar No. of West Virginia 9694
2100 Market Street
Wheeling, West Virginia 26003
Telephone:   (304) 230-1700
Facsimile:   (304) 230-1610

Mark A. Carter
State Bar No. of West Virginia 4316
900 Lee Street
Huntington Square, Suite #600
Charleston, West Virginia 25301
Telephone:   (304) 357-0900
Facsimile:   (304) 357-0919
**ATTORNEYS FOR PLAINTIFF**

**<u>CERTIFICATE OF SERVICE</u>**

   I hereby certify that a true and correct copy of the foregoing document has been filed electronically, with service on the following on September  17  , 2009, via first class mail, postage prepaid.

  Jude O'Nurkera
  6260 Indian River Dr.
  Norcross, GA 30092

  David M. Bernstein, Q.C.
  EMIQ, Inc.
  25 Raspberry Crescent
  Beaconsfield, Quebec H9W GC9

            /s/ Jacob A. Manning
              Jacob A. Manning