United States Postal Service
International Inquiry Center
PO Box 39955
Denver CO 80239-0955


**UNITED STATES POSTAL SERVICE**

September 9, 2009

Case Number: DE1063525

|||||||||||||||||||||||||||||||||||||||||||||
U.S. DISTRICT COURT
1125 CHAPLINE ST STE 1000
WHEELING WV 26003-2976

**U.S. DISTRICT COURT**
**RECEIVED AT WHEELING, WV**

**SEP 2 2 2009**

**NORTHERN DISTRICT OF WV**
**OFFICE OF THE CLERK**

5:07-CV-108

Dear Customer:

This is in further response to the inquiry you recently filed on an international Registered Letter, article number RC044899260US, which you sent to CANADA.

The postal service of CANADA has advised us that this article was delivered on or about July 3, 2009.

We are pleased to have been of assistance to you in determining the disposition of this article.

Sincerely,
Terry Street
Supervisor
International Claims and Inquiries

76

665A