UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF WEST VIRGINIA
Wheeling

U.S. DISTRICT COURT
FILED AT WHEELING, WV

SEP 30 2009

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

PROGRESSIVE MINERALS, LLC.

        Plaintiff,

v.                                    CIVIL ACTION NO. 5:07-cv-108
                                                          (Stamp)

MUHAMMAD HAROON RASHID,
GERALD D. HENDRIX,
DAVID M. BERNSTEIN,
JOHN DOUGLAS REYNOLDS,
JOHN C. CROSBIE and
JUDE O'NURKERA,

        Defendants.

## **DEFAULT**

Pursuant to this Court's Memorandum Opinion and Order entered September 30, 2009, granting Progressive Minerals, LLC's Motion for Entry of Default and Memorandum in Support thereof, **DEFAULT** is hereby entered against defendant <u>DAVID M. BERNSTEIN</u>, for failure to participate in this case.

DATED:  September 30, 2009

                                                  CHERYL DEAN RILEY, CLERK

                                                  By _____
                                                            Deputy Clerk