AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of West Virginia

| | |
|---|---|
| PROGRESSIVE MINERALS, LLC ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 5:07-cv-108 |
| MUHAMMAD HAROON RASHID, et al. ) | |
| *Defendant* ) | |

U.S. DISTRICT COURT
FILED AT WHEELING, WV
MAR 25 2010
NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ other:   purusant to F.R.C.P. 58, clerk is directed to enter judgment on this matter.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge   Frederick P. Stamp, Jr.

IT IS ORDERED that plaintiff is awarded $1,250,000.00 in compensatory damages and $3,750,000.00 in punitive damages, and is thereby entitled to a total judgment of $5 million plus pre-judgment interest as well as post-judgment interest from the date of this judgment. This Court defers entering judgment on the issue of pre-judgment interest and will do an amended judgment when the amount of pre-judgment interest is determined.

Date:   03/25/2010

CHERYL DEAN RILEY
*CLERK OF COURT*

*Signature of Clerk or Deputy Clerk*