AO450 - Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF WEST VIRGINIA

U.S. DISTRICT COURT
FILED AT WHEELING, WV

APR 07 2010

NORTHERN DISTRICT OF WV
OFFICE OF THE CLERK

PROGRESSIVE MINERALS, LLC.

    Plaintiff,

    vs.

MUHAMMAD HAROON RASHID,
GERALD D. HENDRIX,
DAVID M. BERNSTEIN,
JOHN DOUGLAS REYNOLDS,
JUDE O'NURKERA and
JOHN C. CROSBIE,

    Defendants.

**AMENDED JUDGMENT IN A CIVIL CASE**
Civil Action No. 5:07-cv-108

[ ]   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X]   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that plaintiff, Progressive Minerals, LLC, be awarded $1,250,000.00 in compensatory damages and $3,750,000.00 in punitive damages, and is thereby entitled to a total judgment of $5 Million, plus post-judgment interest at the rate of 0.41% from March 25, 2010, plus pre-judgment interest on the award of $1,250,000.00 compensatory damages at the rate of 7.00% per annum from November 18, 2005 until March 25, 2010 in the amount of $380,445.20. It is further

**ORDERED AND ADJUDGED**: that the defendant Jude O'Nurkera continue to be included in the judgment of this case subject to his release from that judgment hereafter upon proper notification to this Court by plaintiff Progressive. It is further

**ORDERED** that as nothing further remains in this civil action, the same is DISMISSED and STRICKEN from the active docket of this Court.

DATE: 04/07/2010             CHERYL DEAN RILEY, Clerk of Court

                                                                   By _____

                                                                        Deputy Clerk